# Attachment 5

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

    *Plaintiffs,*

v.

GENTNER DRUMMOND, et al.,

    *Defendants.*

Case No. 23-cv-00177-JFH-SH

**DECLARATION OF PETER POE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Peter Poe, hereby declare as follows:

1. My name for the purposes of the above-captioned action is Peter Poe, a pseudonym.[1] I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I am over 12 years old, a minor, of sound mind, and in all respects competent to testify. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

3. My mother, Paula Poe, and father, Patrick Poe, are bringing claims in this lawsuit on my behalf.

---

[1] Paula Poe, Patrick Poe, and Peter Poe are pseudonyms. My parents and I are proceeding under pseudonyms to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

4. We all live in Oklahoma.

5. I am a boy. My birth certificate designated me as "female" when I was born, but I am not a girl.

6. I was always very masculine growing up. I always had my shirt off, wore longer pants, and liked working out.

7. By the time I was 7 years old, I knew that I did not like the name that my parents had given me. I asked to be called a different name, a boy's name, but that did not work for my family because they still thought I was a girl.

8. I remember being very confused when they told me that I was a girl, because I did not feel that way – I felt like a boy.

9. When I started to go through puberty, I had extreme anxiety and trouble sleeping. I would stay up all night gaming, and wanted to hide my body.

10. In 2019, I told my parents that I was not a girl. Although I was afraid to tell my parents that I was a boy, I knew that is who I was.

11. In 2020, I told my parents that I was a boy, and wanted to have a boy's name.

12. When I saw Dr. Lawlis in 2021, she told me about injections of Lupron that I could take, and that those injections would stop me from getting a period or from my chest growing.

13. I am scared of needles, so initially I did not want to get the shots. But once my chest started to grow, I decided I was ready to start Lupron.

14. I have now been taking those shots for over a year, and I am scared about having to stop. I do not want to go back to having a period or having my chest grow.

Eventually I want to start taking testosterone. I am so much happier now that people see me as a boy, and I feel less like I need to hide myself or my body.

15.  When my mom told me that there might be a law that would stop transgender people like me from getting affirming care, I almost broke down in the kitchen. I felt powerless.

16.  I am scared about losing access to puberty blockers. I worry that I would feel less like myself and less confident. I am horrified of the changes my body would go through if I cannot keep getting my puberty blockers. I am also afraid of other people not seeing me as a boy, or treating me like a girl.

17.  My mom says that we could move if we really needed to for my medical care. I had never imagined moving from our house, and it makes me sad to think about moving. I really do not want to move, or to have to drive five hours away every time I need an injection.

18.  It's very scary to think about leaving my neighborhood. I get upset just thinking about it. I want to be a zoologist when I grow up, and I am saving up money to buy a tarantula I can keep indoors. Right now, I have a bunch of spiders that live outside that I take care of, and I am worried about what will happen to them if we move away.

19.  I know that there are adults who do not support me. I think it is weird that there are people who want to shame me for being who I am. They do not know me or my family, and it's infuriating that they passed this law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Cleveland County, Oklahoma on this 25 day of April, 2023.

*Peter Poe*

Peter Poe