# Attachment 7

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, et al.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>GENTNER DRUMMOND, et al.,<br><br>   *Defendants*. | Case No. 23-cv-00177-JFH-SH |

**DECLARATION OF PLAINTIFF DAPHNE DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

  I, Daphne Doe, pursuant to 28 U.S.C §1746, declare as follows:

  1. My name for the purposes of the above-captioned action is Daphne Doe, a pseudonym.[1] I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

  2. I am fifteen years old and a freshman in high school. I live in Oklahoma with my grandmother, Donna Doe.

---

[1] Donna Doe and Daphne Doe are pseudonyms. My grandmother and I are proceeding under pseudonyms to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

3.      I am a girl. When I was born, the sex on my birth certificate was listed as "male," but I am not a boy.

4.      I always felt more like a girl than a boy. I let my family know when I was very young that I was a girl and not a boy. As a little kid, I was always playing with dresses and dolls with the other girls, not with the boys. I particularly liked My Little Pony.

5.      When I was younger, I would try the activities that my grandmother would pick out for me, like Cub Scouts and soccer. I tried my best, but I didn't really like being with boys. I always hung out with girls. I cannot imagine trying to be a boy for the rest of my life.

6.      Around when middle school started, my body started to change, and I did not like it because my body was not changing in the way the other girls' bodies were. I knew even before I started puberty that I was a girl, not a boy. But the beginning of puberty made it very clear that I really, really was not a boy. My grandmother took me to therapy, but that alone did not help.

7.      Also around that time, I started seeing a psychologist who diagnosed me with gender dysphoria, which is the medical term for my feeling that I am a girl and not a boy.

8.      My grandmother took me to see Dr. Lawlis when I was 13 years old. Dr. Lawlis put me on puberty blockers so that my body would stop changing in the ways I did not like. I was excited and told my friends at school that I was going to transition over the summer break.

9.      In middle school, after I began puberty blockers, I started going to school as a girl. Thanks to the puberty blockers I was taking, most people did not know that I was transgender. But some people did, and they bullied me.

10.     I started my freshman year at a new high school. Things are better for me now because most people at my school do not know I am trans, so I am not bullied. It is my decision whether to tell people that I am transgender or not.

11.     Looking like a girl is very important to me because it feels easier to integrate into society when my body looks like the other girls' bodies. I do not get bullied when people do not know that I am trans. I just want to blend in and be like every other girl.

12.     I am a very good student (I get straight A's) and want to go to an Ivy League college and eventually become a lawyer. I am in the French Club, academic team and enjoy theater. Next year I will be doing competitive debate team.

13.     The puberty blockers I was prescribed have stopped my body from developing like a boy, which has helped me so much. When I was 14, after I had been on puberty blockers for about a year, I also started taking estrogen, which has been good for me too.

14.     I am not as insecure as I was before puberty blockers and hormones. The blockers helped me feel less anxious and gave me time to make the decision that I wanted to start estrogen.

15.     I love being able to dress the way that I want, in skirts and earrings and necklaces, and starting to look the way I want to look. It is easier for me to make friends, and to hang out with my friends in public.

16.     I was really, really excited when I started taking hormones. I think it would have been much harder for me to transition when I was older. I wasn't that far into puberty when I started blockers, which was better for me. I am glad that I was able to get those medications when I needed them.

17.     Life will be a lot harder for me if I don't have access to puberty blockers or hormones. I will go back to a male puberty, so I will grow an Adam's apple and facial hair. I am horrified by the changes my body would go through. I am afraid I will not be able to pass as easily, so people will bully and harass me again. I am afraid my dysphoria would also get a lot worse, which would make it hard for me to focus on school and my plans for the future, and the other things I like to do.

18.     I have read on the news that politicians in Oklahoma are banning kids like me from getting puberty blockers and hormones. I am worried and scared about that happening because transitioning has been so helpful to me. Before taking puberty blockers and hormones, I was really depressed and on a downward spiral. My life, my confidence, and my mental health have all gotten so much better since getting my care, and I am really scared that losing my medicine will put me back in that bad place that I have worked so hard to get out of. I only have a limited amount of my medication.

19.     I just want to live my life as a girl, the way I have been.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Cleveland County, Oklahoma on this 22 day of April 2023.

*Daphne Doe*

Daphne Doe