# Attachment 9

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| PETER POE, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>GENTNER DRUMMOND, et al.,<br><br>    *Defendants*. | Case No. 23-cv-00177-JFH-SH |

**DECLARATION OF BRANDON BOE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Brandon Boe, pursuant to 28 U.S.C §1746, declare as follows:

1. My name for the purpose of the above-captioned action is Brandon Boe, a pseudonym.[1] I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

2. I am 17 years old. I live in Tulsa County, Oklahoma with my parents, Benjamin Boe and Bethany Boe, and my younger sibling.

---

[1] Benjamin Boe, Bethany Boe, and Brandon Boe are pseudonyms. My parents and I are proceeding under pseudonyms to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

3. I am interested in geology and am considering pursuing an internship with an oil and gas company.

4. I am transgender. I was designated as female on my birth certificate, but my gender identity is male. I am a boy.

5. It took some time for me to fully understand that I am a guy. I did not wake up one morning and decide I am a boy. When I look back at my childhood, there were many clear signs that I was a boy. I always preferred masculine things and clothing. In school, I would tell my teachers that I didn't want to line up with girls and would throw a fit when forced to.

6. The fall before I turned 15, I told my parents and my grandfather that I was transgender. My mom asked me if I was sure that I was a boy. I was. We had a long discussion as a family at the dinner table.

7. In the middle of the pandemic, I did not have to interact with many people outside of my immediate family and friends, and everyone was supportive. I also started to use a binder to make my chest appear more masculine.

8. When I started going out in public again, I realized how much it hurt to be misgendered. I realized how important it was to me to look like a boy, because I am a boy.

9. Now, I will not leave the house without wearing my binder, even though that makes it difficult to make plans with my family outside of my house on a school day because I will only wear the binder for eight hours per day. I often wear baggy clothing to hide my body.

10. After coming out, I wanted to begin testosterone immediately, but my parents wanted to take some time to think about it and consider the risks involved with the care. At first, they wanted me to wait until I was 18 to start, but after seeing how hard it was on me, they decided it was all right for me to begin hormone care at 16. By the time I started hormones, I had been living openly as a boy for almost two years.

11. I was in therapy for over a year before I started testosterone. Before my first prescription, the doctor explained the risks and side effects to both me and my parents. My parents made me read every word of all the information the doctors gave us.

12. I have been taking testosterone for about nine months. Hormone therapy has significantly improved my life. I am way more confident. It is much easier to go out in public, even though I am still worried about being misgendered.

13. I absolutely want to continue taking testosterone. It has helped me feel like the boy that I am. I like the way that I sound when I speak now, and the way that I look.

14. I just started a new job where I have to greet people. I would not have taken this job before starting hormones. I was even too shy to even speak to waiters in public. But now I have the confidence to work.

15. I go to school dances with my friends. I would not have wanted to do that before starting testosterone.

16. I have tried hard not to think about the bill that would stop me from being able to take hormone therapy. It isn't fair. It was already very hard to get hormone therapy. I only have a limited supply of my medication. I am terrified of the changes my body would go through if I had to stop taking hormones.

17. My parents support me and have said that I am on a waitlist for care in another state. I am worried for myself and for other transgender people who won't be able to go out of state for care.

18. I do not want to have to start over in another state for my last year of high school. All of my friends are here. My grandfather lives here. I see him all the time. Even my friends know him. I would have to get a new job. It would be really, really hard to start over.

19. I do not want to have to move to another state to be myself. I want to stay and live my life in Oklahoma, because that is my home.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Tulsa County, Oklahoma on this 27 day of April, 2023.

*Brandon Boe*

Brandon Boe