# Attachment 14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

    *Plaintiffs*,

v.

GENTNER DRUMMOND, et al.,

    *Defendants*.

Case No. 23-cv-00177-JFH-SH

**DECLARATION OF RYAN ROE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Ryan Roe,[1] declare as follows:

1. I am over 14 years of age, a minor, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this Declaration and would testify competently to those facts if called to do so.

3. I am a Plaintiff in this action, with claims on my behalf being brought by my parents, Rachel Roe and Richard Roe.

4. I live in Oklahoma, along with my parents.

5. I love acting, costume design, and stage tech.

6. I am transgender. My birth certificate designated me as "female" when I was born, but I am a boy.

---

[1] Rachel Roe, Richard Roe, and Ryan Roe are pseudonyms. My parents and I are proceeding under pseudonyms to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

7. Growing up, I did not really feel comfortable with the expected interests and gender expression of my sex assigned at birth.

8. I have always been queer. I do not care about gendered clothing.

9. However, because of my nonconformity with what people expect from someone of the sex I was assigned at birth, I was bullied in school. The school was not very supportive of me. This time was very difficult for me, and I was in a bad place; I began to experience depression, anxiety, and loss of appetite.

10. As I approached puberty, I became very uncomfortable being perceived as female. I felt distressed and anxious about the conflict between my body and who I am.

11. Even in my room, however, I would still feel uncomfortable. It's a horrible feeling, just constantly being in discomfort.

12. Around this time, I began giving more thought to who I am and found myself.

13. My parents and I began looking for a therapist with whom I could work with during 2020. After finding a therapist I was comfortable with, I began getting therapy in early 2021. The therapy has helped me.

14. My therapist diagnosed with gender dysphoria.

15. At the end of 2020, I told my parents that I was a transgender.

16. My family has been very supportive.

17. In 2021, I changed schools and am now in a place where I can be my true self. I am out to my family, friends, and school.

18. In 2021, I also began seeing doctors experienced in gender dysphoria. Following their advice and guidance, that same year I was placed on medications to stop my period due to it causing a lot of distress to me.

19. Last year, I began taking puberty-delaying medication. This has allowed me to be my true self and not further develop physical characteristics like breasts that are conflicting with who I am—a boy.

20. Being able to not have to undergo female puberty has been very relieving for me.

21. It is very hurtful to know that my state government wants to take away the medical care that has allowed me to be who I am.

22. Learning and hearing about proposals like S.B. 613 (the "Health Care Ban") has been very distressing. I am anxious about what will happen if the Health Care Ban were to take effect.

23. Every time I hear about the Health Care Ban or any of the other similar anti-transgender, anti-LGBTQ proposals being considered by my state government, I freak out as it would be very painful and distressing to be forced off my puberty-delaying medication.

24. By contrast, my transition has allowed me to thrive, both academically and socially. I have more confidence in my everyday life.

25. My family has supported, and continue to support, me throughout my transition.

26. When I first learned of the Health Care Ban, I was shocked and upset. I felt this was an attack on myself and others like me. I did not know how to react and was not sure the repercussions it would have for me and my family.

27. Not having access to the medical care recommended by my doctors for my gender dysphoria is terrifying. I fear what it would mean to be forced to live in body that is not consistent with who I am. Puberty brought me so much stress and anxiety and forced me to be withdrawn. The prospect of being forced to endure that again scares me immensely.

28. Being able to live as the boy that I am has brought me joy and happiness.

29. Because my family cannot all leave Oklahoma, my parents and I have discussed my moving away to live with one of my mother's siblings on the East Coast so that I may be able to continue the medical care that my doctors have recommended and that I need.

30. Oklahoma is the only home I have ever known. I should not have to choose between my home, my family, and my friends, and my health.

31. The Health Care Ban threatens my health, safety, and wellbeing, as well as that of transgender youth like myself. They also threaten the integrity of families like mine.

32. My parents are loving and caring. They support me. They love me.

33. Being able to live and be perceived as the boy that I am has made my life better.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April 2023.

*Ryan Roe*
Ryan Roe