# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, et al., <br><br>    *Plaintiffs*, <br><br>v. <br><br>GENTNER DRUMMOND, et al., <br><br>    *Defendants*. | Case No. 23-cv-00177-JFH-SH |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LGnR4-3(b), undersigned counsel, as counsel for Plaintiffs, hereby applies for the Admission Pro Hac Vice of Shelly Skeen to appear as counsel in the above-referenced matter for purposes of representing Plaintiffs. The undersigned counsel hereby certifies that Shelly Skeen is a member in good standing of the State Bar of Texas. As required by the subject rule, a copy of Shelly Skeen's Request for Admission Pro Hac Vice is submitted contemporaneously herewith.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order granting the Request for Admission Pro Hac Vice of Shelly Skeen.

Dated: May 2, 2023

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
Oklahoma Bar Number: 33216
American Civil Liberties Union of
Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this motion will be served concurrently with the service of the Summons and Complaint in this matter.

/s/ Megan Lambert
Megan Lambert
Oklahoma Bar Number: 33216
American Civil Liberties Union of
Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org
*Counsel for Plaintiffs*