# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Poe, et al,

      Plaintiff(s)

vs.                                       Case Number: 23-cv-00177

Drummond, et al.

      Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: **Shelly Lynn Skeen**
2. State bar membership number: **24010511 (TX)**
3. Business address, telephone and fax numbers:
   **3500 Oak Lawn Ave, Ste. 500, Dallas, TX 75219**
   **Tel: 214-219-8585, Fax: 214-481-9140**
4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   **Texas; N.D. Tex.; S.D. Tex.; E.D. Tex.; N.D. Ill.; E.D. Mich.; U.S. Court of Federal Claims; 5th Cir.; 6th Cir.; 7th Cir.; U.S. Supreme Court**
5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No
6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

**Shelly Lynn Skeen**  Digitally signed by Shelly Lynn Skeen
Date: 2023.05.01 17:53:45 -05'00'
Signature

Shelly Lynn Skeen        24010511
Printed Name        Bar Number

Lambda Legal Defense and Education Fund, Inc.
Firm Name

3500 Oak Lawn Ave, Ste. 500
Address

Dallas        TX        75219
City        State        ZIP

214-219-8585        214-481-9140
Phone        Fax

sskeen@lambdalegal.org
Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

- [ ] U.S. Postal Service
- [x] In Person Delivery
- [ ] Courier Service
- [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Megan Lambert
Signature

See Attachment

*Poe, et al. v. Drummond, et al.*
**Attachment to Certificate of Service -- Request for Admission Pro Hac Vice**

Gentner Drummond, in his official capacity as Attorney General of the State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Steven Katsis, M.D., in his official capacity as President of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Trevor Nutt, in his official capacity as Vice-President of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Clayton Bullard, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Susan Chambers, M.D., in her official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Louis Cox, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Mark Fixley, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Jeremy Hall, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Timothy Holder, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Robert Howard, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Ross Vanhooser, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Don Wilber, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Katherine O'Dell, D.N.P., R.N., in her official capacity as President of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Kyle Leemaster, M.B.A., R.N., in his official capacity as Vice-President of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Shawn Stachovic, L.P.N., in her official capacity as Secretary of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Shelly Swalley, M.S., R.N., in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Lindsay Potts, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Amber Garretson, APRN-CNS, C.C.R.N., in her official capacity as a member of the Oklahoma
Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Nikole Hicks, Ph.D., R.N., CNE, in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Callie Rinehart, M. S.N., R.N., C.P.N., in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Shaston Salie, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Georgina Calhoun, in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Marisa Wrape, in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Bret S. Langerman, D.O., in his official capacity as President of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Catherine C. Taylor, J.D., in her official capacity as Vice President of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Duane G. Koehler, D.O., in his official capacity as Secretary-Treasurer of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Katie L. Templeton, J.D., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

LeRoy E. Young, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Dennis J. Carter, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

C. Michael Ogle, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Chelsey D. Gilbertson, D.O., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

University Hospitals Authority
1000 NE 13th Street #6900
Oklahoma City, OK 73104

University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

Randy Dowell, in his official capacity as Chief Executive Officer of University Hospitals Authority and University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

G. Rainey Williams, Jr., in his official capacity as Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

Jim Everest, in his official capacity as Vice-Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

Anthony F. Keating, III, in his official capacity as Secretary of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

Gary E. Raskob, in his official capacity as a member the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

5

Kevin Corbett, in his official capacity as a member the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

OU Medicine, Inc. d/b/a OU Health, an Oklahoma not-for-profit corporation;
1833 South Morgan Road
Oklahoma City, OK 73128

Dr. Richard Lofgren, in his official capacity as President and Chief Executive Officer of OU Health
700 NE 13th Street
Oklahoma City, OK 73104