AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  GENTNER DUMMOND, in his official capacity as Attorney General of the State of Oklahoma

was received by me on *(date)*        05/05/2023                 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Melissa Dull/Receptionist                     , who is

designated by law to accept service of process on behalf of *(name of organization)*  Attorney General's Office of the State of Oklahoma

313 NE 21st Street, Oklahoma City, Oklahoma 73105   on *(date)*   05/05/2023   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:        05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female Hair: Brownish/Blonde  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  STEVEN KATSIS, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*        05/05/2023        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*        Arista Andrews/Receptionist        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State Board of Medical Licensure and Supervision

101 NE 51st Street, Oklahoma City, Oklahoma 73105  on *(date)*        05/05/2023        ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:        05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TREVOR NUTT, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*     05/05/2023          .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Arista Andrews/Receptionist                    , who is
designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street, Oklahoma City, Oklahoma 73105     on *(date)*     05/05/2023     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00       .

I declare under penalty of perjury that this information is true.

Date:     05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    CLAYTON BULLARD, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*    05/05/2023    .

❐ I personally served the summons on the individual at *(place)*

   on *(date)*        ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

     , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Arista Andrews/Receptionist    , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma State Board of Medical Licensure and Supervision

101 NE 51st Street, Oklahoma City, Oklahoma 73105    on *(date)*    05/05/2023    ; or

❐ I returned the summons unexecuted because      ; or

❐ Other *(specify):*

My fees are $      for travel and $      for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

                          *Server's signature*

            MAKAYLA SARAMOSING/PROCESS SERVER
                   *Printed name and title*

              6051 N. Brookline Avenue, Suite 129
               Oklahoma City, Oklahoma 73112

                     *Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    SUSAN CHAMBERS, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*    05/05/2023

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Arista Andrews/Receptionist    , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State Board of Medical Licensure and Supervision

101 NE 51st Street, Oklahoma City, Oklahoma 73105    on *(date)*    05/05/2023    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LOUIS COX, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*        05/05/2023        .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Arista Andrews/Receptionist   , who is
designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street, Oklahoma City, Oklahoma 73105   on *(date)*   05/05/2023   ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARK FIXLEY, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*      05/05/2023       .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Arista Andrews/Receptionist    , who is

designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State Board of Medical Licensure and Supervision

101 NE 51st Street, Oklahoma City, Oklahoma 73105    on *(date)*    05/05/2023    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JEREMY HALL, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*   05/05/2023   .

❒ I personally served the summons on the individual at *(place)*

     on *(date)*      ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

     , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Arista Andrews/Receptionist      , who is
designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street, Oklahoma City, Oklahoma 73105   on *(date)*   05/05/2023   ; or

❒ I returned the summons unexecuted because      ; or

❒ Other *(specify):*

My fees are $      for travel and $      for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

                           *Server's signature*

             MAKAYLA SARAMOSING/PROCESS SERVER
                     *Printed name and title*

               6051 N. Brookline Avenue, Suite 129
               Oklahoma City, Oklahoma 73112

                           *Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TIMOTHY HOLDER, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*   05/05/2023   .

☐ I personally served the summons on the individual at *(place)*

    on *(date)*       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

    , a person of suitable age and discretion who resides there,

on *(date)*     , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Arista Andrews/Receptionist   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma State Board of Medical Licensure and Supervision

101 NE 51st Street, Oklahoma City, Oklahoma 73105   on *(date)*   05/05/2023   ; or

☐ I returned the summons unexecuted because       ; or

☐ Other *(specify):*

My fees are $     for travel and $     for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     ROBERT HOWARD, in his official capacity as a member of the
Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*          05/05/2023              .

❏  I personally served the summons on the individual at *(place)*

_____   on *(date)*  _____  ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*       Arista Andrews/Receptionist                  , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma State Board of Medical
Licensure and Supervision

101 NE 51st Street, Oklahoma City, Oklahoma 73105     on *(date)*      05/05/2023      ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:       05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    ROSS VANHOOSER, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*    05/05/2023

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Arista Andrews/Receptionist    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Oklahoma State Board of Medical Licensure and Supervision

101 NE 51st Street, Oklahoma City, Oklahoma 73105    on *(date)*    05/05/2023    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*     DON WILBER, M.D., in his official capacity as a member of the
Oklahoma State Board of Medical Licensure and Supervision

was received by me on *(date)*     05/05/2023     .

☐ I personally served the summons on the individual at *(place)*

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Arista Andrews/Receptionist     , who is

designated by law to accept service of process on behalf of *(name of organization)*     Oklahoma State Board of Medical
Licensure and Supervision

101 NE 51st Street, Oklahoma City, Oklahoma 73105     on *(date)*     05/05/2023     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:     05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 30's  Sex: Female  Race: Black  Hair: Black  Weight: 150lbs  Height: 5'7"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KATHERINE O'DELL, D.N.P., R.N., in her official capacity as President of the Oklahoma Board of Nursing

was received by me on *(date)*      05/05/2023      .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*      Jenny Barnhouse/Executive Director      , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105   on *(date)*    05/05/2023    ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KYLE LEEMASTER, M.B.A., R.N., in her official capacity as Vice-President of the Oklahoma Board of Nursing

was received by me on *(date)*        05/05/2023        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*        Jenny Barnhouse/Executive Director        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105   on *(date)*   05/05/2023   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:        05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SHAWN STACHOVIC, L.P.N., in her official capacity as a Secretary of the Oklahoma Board of Nursing

was received by me on *(date)*   05/05/2023   .

❑ I personally served the summons on the individual at *(place)*
   on *(date)*   ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jenny Barnhouse/Executive Director   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105   on *(date)*   05/05/2023   ; or

❑ I returned the summons unexecuted because   ; or

❑ Other *(specify):*


My fees are $   for travel and $   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SHELLY SWALLEY, M.S., R.N., in her official capacity as member of the Oklahoma Board of Nursing

was received by me on *(date)*        05/05/2023          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Jenny Barnhouse/Executive Director              , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105    on *(date)*      05/05/2023     ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female  Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    LINDSAY POTTS, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing

was received by me on *(date)*    05/05/2023    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Jenny Barnhouse/Executive Director    , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105    on *(date)*    05/05/2023    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

_____
*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*   AMBER GARRETSON, APRN-CNS, C.C.R.N., in her official capacity as a member of the Oklahoma Board of Nursing

was received by me on *(date)*   05/05/2023   .

     ❐ I personally served the summons on the individual at *(place)*

              on *(date)*           ; or

     ❐ I left the summons at the individual's residence or usual place of abode with *(name)*

              , a person of suitable age and discretion who resides there,

on *(date)*          , and mailed a copy to the individual's last known address; or

     ☑ I served the summons on *(name of individual)*   Jenny Barnhouse/Executive Director   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105   on *(date)*   05/05/2023   ; or

     ❐ I returned the summons unexecuted because             ; or

     ❐ Other *(specify):*

My fees are $          for travel and $          for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

                                  *Server's signature*

                  MAKAYLA SARAMOSING/PROCESS SERVER

                           *Printed name and title*

                    6051 N. Brookline Avenue, Suite 129
                    Oklahoma City, Oklahoma 73112

                               *Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    NIKOLE HICKS, Ph.D, R.N., CNE, in her official capacity as a member of the Oklahoma Board of Nursing

was received by me on *(date)*    05/05/2023    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Jenny Barnhouse/Executive Director    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105    on *(date)*    05/05/2023    ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

_____
*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CALLIE RINEHART, M.S.N., R.N., C.P.N., in her official capacity as member of the Oklahoma Board of Nursing

was received by me on *(date)*          05/05/2023            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Jenny Barnhouse/Executive Director          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105    on *(date)*      05/05/2023     ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:       05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     SHASTON SALIE, L.P.N., in her official capacity as a member of
the Oklahoma Board of Nursing

was received by me on *(date)*          05/05/2023                    .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*     Jenny Barnhouse/Executive Director                    , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105     on *(date)*      05/05/2023        ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   GEORGINA CALHOUN, in her official capacity as a member of the Oklahoma Board of Nursing

was received by me on *(date)*   05/05/2023   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jenny Barnhouse/Executive Director   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105   on *(date)*   05/05/2023   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MARISA WRAPE, in her official capacity as member of the Oklahoma Board of Nursing

was received by me on *(date)*        05/05/2023          .

☐ I personally served the summons on the individual at *(place)*

                                                                          on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                          , a person of suitable age and discretion who resides there,

on *(date)*                      , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*      Jenny Barnhouse/Executive Director                  , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma Board of Nursing

2501 N. Lincoln Blvd., Ste. 7, Oklahoma City, OK 73105   on *(date)*      05/05/2023      ; or

☐ I returned the summons unexecuted because                                                     ; or

☐ Other *(specify):*


My fees are $               for travel and $                 for services, for a total of $     0.00      .

I declare under penalty of perjury that this information is true.

Date:       05/05/2023

                                                                    *Server's signature*

                                       MAKAYLA SARAMOSING/PROCESS SERVER
                                                    *Printed name and title*

                                         6051 N. Brookline Avenue, Suite 129
                                            Oklahoma City, Oklahoma 73112


                                                    *Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 48  Sex: Female Height: 5'7"  Hair: Brown  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BRET S. LANGERMAN, D.O., in his official capacity as President of the Oklahoma State Board of Osteopathic Examiners

was received by me on *(date)*   05/05/2023   .

☐ I personally served the summons on the individual at *(place)*

     on *(date)*      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

     , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Elizabeth Fullbright, Agent/Investigator   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma State Board of Osteopathic Examiners

4848 N. Lincoln Boulevard, Oklahoma City, Oklahoma 73105 on *(date)*   05/05/2023   ; or

☐ I returned the summons unexecuted because      ; or

☐ Other *(specify):*

My fees are $      for travel and $      for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/05/2023

                              *Server's signature*

                     MAKAYLA SARAMOSING/PROCESS SERVER
                                 *Printed name and title*

                                 6051 N. Brookline Avenue, Suite 129
                                 Oklahoma City, Oklahoma 73112

                                   *Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 40's  Sex: Female  Hair: Sandy Blonde  Weight: 150lbs  Height: 5'9"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CATHERINE C. TAYLOR, J.O., in her official capacity as Vice-President of the Oklahoma State Board of Osteopathic Examiners

was received by me on *(date)*   05/05/2023

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Elizabeth Fullbright, Agent/Investigator   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Oklahoma State Board of Osteopathic Examiners

4848 N. Lincoln Boulevard, Oklahoma City, Oklahoma 73105 on *(date)*   05/05/2023   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/05/2023

_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

_____
*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 40's  Sex: Female  Hair: Sandy Blonde  Weight: 150lbs  Height: 5'9"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DUANE G. KOEHLER, D.O., in his official capacity as Secretary-Treasurer of the Oklahoma State Board of Osteopathic Examiners

was received by me on *(date)*  05/05/2023

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Elizabeth Fullbright, Agent/Investigator   , who is
designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Boulevard, Oklahoma City, Oklahoma 73105 on *(date)*  05/05/2023   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 40's  Sex: Female Hair: Sandy Blonde  Weight: 150lbs  Height: 5'9"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  KATIE L. TEMPLETON, J.O., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners

was received by me on *(date)*         05/05/2023                  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Elizabeth Fullbright, Agent/Investigator           , who is

designated by law to accept service of process on behalf of *(name of organization)*  Oklahoma State Board of Osteopathic Examiners

4848 N. Lincoln Boulevard, Oklahoma City, Oklahoma 73105 on *(date)*    05/05/2023    ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00     .

I declare under penalty of perjury that this information is true.

Date:        05/05/2023                                      *Oe makay c Sames*
                                                            *Server's signature*

                                                MAKAYLA SARAMOSING/PROCESS SERVER
                                                *Printed name and title*

                                                6051 N. Brookline Avenue, Suite 129
                                                Oklahoma City, Oklahoma 73112

                                                *Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 40's  Sex: Female  Hair: Sandy Blonde  Weight: 150lbs  Height: 5'9"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  LEROY E. YOUNG, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners

was received by me on *(date)*          05/05/2023               .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Elizabeth Fullbright, Agent/Investigator          , who is
designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State Board of Osteopathic Examiners

4848 N. Lincoln Boulevard, Oklahoma City, Oklahoma 73105 on *(date)*       05/05/2023      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 40's  Sex: Female Hair: Sandy Blonde  Weight: 150lbs  Height: 5'9"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DENNIS J. CARTER D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners

was received by me on *(date)*        05/05/2023              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Elizabeth Fullbright, Agent/Investigator _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State Board of Osteopathic Examiners

4848 N. Lincoln Boulevard, Oklahoma City, Oklahoma 73105 on *(date)*    05/05/2023    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 40's  Sex: Female Hair: Sandy Blonde  Weight: 150lbs  Height: 5'9"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    C. MICHAEL OGLE, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners

was received by me on *(date)*    05/05/2023    .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Elizabeth Fullbright, Agent/Investigator    , who is
designated by law to accept service of process on behalf of *(name of organization)*    Oklahoma State Board of Osteopathic Examiners

4848 N. Lincoln Boulevard, Oklahoma City, Oklahoma 73105 on *(date)*    05/05/2023    ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023
_____
*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 40's  Sex: Female  Hair: Sandy Blonde  Weight: 150lbs  Height: 5'9"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHELSEY D. GILBERTSON, D.O., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners

was received by me on *(date)*          05/05/2023          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Elizabeth Fullbright, Agent/Investigator          , who is

designated by law to accept service of process on behalf of *(name of organization)* Oklahoma State Board of Osteopathic
Examiners

4848 N. Lincoln Boulevard, Oklahoma City, Oklahoma 73105 on *(date)*   05/05/2023   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:          05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 40's  Sex: Female Hair: Sandy Blonde  Weight: 150lbs  Height: 5'9"  Glasses: No

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     UNIVERSITY HOSPITALS AUTHORITY

was received by me on *(date)*           05/05/2023          .

□ I personally served the summons on the individual at *(place)*

                 on *(date)*                          ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

           , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*      Alejandro Rodriguez/Receptionist                 , who is

designated by law to accept service of process on behalf of *(name of organization)*   University Hospitals Authority and trustee of the University Hospitals Trust

1000 NE 13th Street #6900, Oklahoma City, OK 73105      on *(date)*       05/05/2023      ; or

□ I returned the summons unexecuted because                                         ; or

□ Other *(specify):*


My fees are $                for travel and $              for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:       05/05/2023

                            *Server's signature*

         MAKAYLA SARAMOSING/PROCESS SERVER
                   *Printed name and title*

         6051 N. Brookline Avenue, Suite 129
         Oklahoma City, Oklahoma 73112


                      *Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 25  Sex: Male Height: 5'4"  Hair: Black  Glasses: No Beard: No  Brown eyes

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   UNIVERSITY HOSPITALS TRUST

was received by me on *(date)*       05/05/2023                       .

❏ I personally served the summons on the individual at *(place)*

           on *(date)*                              ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

           , a person of suitable age and discretion who resides there,

on *(date)*                   , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Alejandro Rodriguez/Receptionist                , who is

designated by law to accept service of process on behalf of *(name of organization)*   University Hospitals Authority and trustee of the University Hospitals Trust

1000 NE 13th Street #6900, Oklahoma City, OK 73105      on *(date)*       05/05/2023      ; or

❏ I returned the summons unexecuted because                                        ; or

❏ Other *(specify):*


My fees are $                   for travel and $                   for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

                        *Server's signature*

         MAKAYLA SARAMOSING/PROCESS SERVER
                *Printed name and title*

          6051 N. Brookline Avenue, Suite 129
          Oklahoma City, Oklahoma 73112


                  *Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 25  Sex: Male Height: 5'4"  Hair: Black  Glasses: No Beard: No  Brown eyes

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   RANDY DOWELL, in his official capacity as Chief Executive Officer of University Hospitals Authority and University Hospitals Trust
was received by me on *(date)*   05/05/2023

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Alejandro Rodriguez/Receptionist   , who is
designated by law to accept service of process on behalf of *(name of organization)*   University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900, Oklahoma City, OK 73105   on *(date)*   05/05/2023   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 25  Sex: Male Height: 5'4"  Hair: Black  Glasses: No Beard: No  Brown eyes

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  G. RAINEY WILLIAMS, JR., in his official capacity as Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust

was received by me on *(date)*        05/05/2023

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*      Alejandro Rodriguez/Receptionist      , who is

designated by law to accept service of process on behalf of *(name of organization)*   University Hospitals Authority and trustee of the University Hospitals Trust

1000 NE 13th Street #6900, Oklahoma City, OK 73105      on *(date)*      05/05/2023      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 25  Sex: Male Height: 5'4"  Hair: Black  Glasses: No Beard: No  Brown eyes

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JIM EVEREST, in his official capacity as Vice-Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust

was received by me on *(date)*        05/05/2023

❏ I personally served the summons on the individual at *(place)*
                                                        on *(date)*                    ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
                                , a person of suitable age and discretion who resides there,
on *(date)*                  , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Alejandro Rodriguez/Receptionist          , who is
designated by law to accept service of process on behalf of *(name of organization)*  University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900, Oklahoma City, OK 73105   on *(date)*   05/05/2023   ; or

❏ I returned the summons unexecuted because                                        ; or

❏ Other *(specify):*


My fees are $            for travel and $            for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 25  Sex: Male Height: 5'4"  Hair: Black  Glasses: No Beard: No  Brown eyes

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ANTHONY F. KEATING, III, in his official capacity as Secretary of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust

was received by me on *(date)*           05/05/2023

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Alejandro Rodriguez/Receptionist            , who is

designated by law to accept service of process on behalf of *(name of organization)*   University Hospitals Authority and trustee of the University Hospitals Trust

1000 NE 13th Street #6900, Oklahoma City, OK 73105     on *(date)*    05/05/2023    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:       05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 25  Sex: Male Height: 5'4"  Hair: Black  Glasses: No Beard: No  Brown eyes

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  GARY E. RASKOB, in his official capacity as a member of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust

was received by me on *(date)*          05/05/2023

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*      Alejandro Rodriguez/Receptionist          , who is

designated by law to accept service of process on behalf of *(name of organization)*   University Hospitals Authority and trustee of the University Hospitals Trust

1000 NE 13th Street #6900, Oklahoma City, OK 73105   on *(date)*   05/05/2023   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 25  Sex: Male Height: 5'4"  Hair: Black  Glasses: No Beard: No  Brown eyes

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     KEVIN CORBETT, in his official capacity as member of the Board
of Directors of the University Hospitals Authority and trustee of
was received by me on *(date)*           05/05/2023      the University Hospitals Trust

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*     Alejandro Rodriguez/Receptionist     , who is

designated by law to accept service of process on behalf of *(name of organization)*   University Hospitals Authority and trustee
of the University Hospitals Trust

1000 NE 13th Street #6900, Oklahoma City, OK 73105     on *(date)*    05/05/2023    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 25  Sex: Male Height: 5'4"  Hair: Black  Glasses: No Beard: No  Brown eyes

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   OU MEDICINE, INC. d/b/a OU HEALTH, an Oklahoma not-for-profit corporation

was received by me on *(date)*         05/05/2023          .

❐  I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                         , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*     Paula Cobb/Receptionist                              , who is

designated by law to accept service of process on behalf of *(name of organization)*   OU MEDICINE, INC. d/b/a OU HEALTH

1833 South Morgan Road, Oklahoma City, Oklahoma 73128   on *(date)*        05/05/2023       ; or

❐  I returned the summons unexecuted because                                                   ; or

❐  Other *(specify):*

My fees are $                 for travel and $                 for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:       05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00177-JFH-SH

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DR. RICHARD LOFGREN, in his official capacity as President and Chief Executive of OU Health

was received by me on *(date)*      05/05/2023          .

☐ I personally served the summons on the individual at *(place)*
                                                    on *(date)*                        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
                                   , a person of suitable age and discretion who resides there,
on *(date)*                      , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Shawnee Rodney/Associate Vice-President          , who is
designated by law to accept service of process on behalf of *(name of organization)*   OU Health

700 NE 13th Street, Oklahoma City, Oklahoma 73104   on *(date)*   05/05/2023       ; or

☐ I returned the summons unexecuted because                                           ; or

☐ Other *(specify):*


My fees are $                for travel and $              for services, for a total of $     0.00        .

I declare under penalty of perjury that this information is true.

Date:      05/05/2023

*Server's signature*

MAKAYLA SARAMOSING/PROCESS SERVER
*Printed name and title*

6051 N. Brookline Avenue, Suite 129
Oklahoma City, Oklahoma 73112

*Server's address*

Additional information regarding attempted service, etc:
Description:
Age: 50  Sex: Male  Hair: Brown  Glasses: No Beard: No  Green eyes