# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

                        Plaintiff(s)

vs.                                                          Case Number: 23-cv-00177-JFH-SH

GENTNER DUMMOND, et al.,

                        Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

PETER POE, by and through his parents and next friends, Paula Poe and Patrick Poe; PAULA POE; PATRICK POE; DAPHNE DOE, by and through her guardian and next friend, Donna Doe; DONNA DOE; BRANDON BOE, by and through his parents and next friends, Bethany Boe and Benjamin Boe; BETHANY BOE; BENJAMIN BOE; LYDIA LOE, by and through her parent and next friend, Lauren Loe; LAUREN LOE; RYAN ROE, by and through his parents and next friends, Rachel Roe and Richard Roe; RACHEL ROE; RICHARD ROE; and DR. SHAUNA LAWLIS, on behalf of her patients

| | |
|---|---|
| May 9, 2023 | /s/ Lauren M. Greene |
| Date | Signature |
| Type of Appointment: ☑ Retained ☐ CJA | Lauren M. Greene |
| ☐ FPD ☐ Pro Bono ☐ Pro Se | Print Name |
| | Jenner & Block |
| | Firm Name |
| | 515 S. Flower Street Suite 3300 |
| | Mailing Address |
| N/A | Los Angeles    CA    90071 |
| Oklahoma State Bar Number (If Applicable) | City    State    Zip Code |
| LGreene@jenner.com | (213) 447-4285    (213) 239-5199 |
| e-mail address | Phone Number    Fax Number |

## Certificate of Service

I hereby certify that on  05/09/2023   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that  on May 11, 2023   (Date), I served the same document by:

[✔] U.S. Postal Service        [ ] In Person Delivery

[ ] Courier Service            [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

   See Attachment

/s/ Lauren M. Greene
Signature

*Poe, et al. v. Drummond, et al.*
**Attachment to Greene Notice of Appearance**

Gentner Drummond, in his official capacity as Attorney General of the State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Steven Katsis, M.D., in his official capacity as President of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Trevor Nutt, in his official capacity as Vice-President of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Clayton Bullard, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Susan Chambers, M.D., in her official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Louis Cox, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Mark Fixley, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Jeremy Hall, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Timothy Holder, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Robert Howard, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Ross Vanhooser, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Don Wilber, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision
101 NE 51st Street
Oklahoma City, OK 73105

Katherine O'Dell, D.N.P., R.N., in her official capacity as President of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Kyle Leemaster, M.B.A., R.N., in his official capacity as Vice-President of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Shawn Stachovic, L.P.N., in her official capacity as Secretary of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Shelly Swalley, M.S., R.N., in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Lindsay Potts, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Amber Garretson, APRN-CNS, C.C.R.N., in her official capacity as a member of the Oklahoma
Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Nikole Hicks, Ph.D., R.N., CNE, in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Callie Rinehart, M. S.N., R.N., C.P.N., in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Shaston Salie, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Georgina Calhoun, in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Marisa Wrape, in her official capacity as a member of the Oklahoma Board of Nursing
2501 N. Lincoln Blvd., Ste. 207
Oklahoma City, OK 73105

Bret S. Langerman, D.O., in his official capacity as President of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Catherine C. Taylor, J.D., in her official capacity as Vice President of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Duane G. Koehler, D.O., in his official capacity as Secretary-Treasurer of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Katie L. Templeton, J.D., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

LeRoy E. Young, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Dennis J. Carter, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

C. Michael Ogle, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

Chelsey D. Gilbertson, D.O., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners
4848 N. Lincoln Blvd.
Oklahoma City, OK 73105

University Hospitals Authority
1000 NE 13th Street #6900
Oklahoma City, OK 73104

University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

Randy Dowell, in his official capacity as Chief Executive Officer of University Hospitals Authority and University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

G. Rainey Williams, Jr., in his official capacity as Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

Jim Everest, in his official capacity as Vice-Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

Anthony F. Keating, III, in his official capacity as Secretary of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

Gary E. Raskob, in his official capacity as a member the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

5

Kevin Corbett, in his official capacity as a member the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust
1000 NE 13th Street #6900
Oklahoma City, OK 73104

OU Medicine, Inc. d/b/a OU Health, an Oklahoma not-for-profit corporation;
1833 South Morgan Road
Oklahoma City, OK 73128

Dr. Richard Lofgren, in his official capacity as President and Chief Executive Officer of OU Health
700 NE 13th Street
Oklahoma City, OK 73104