UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

                Plaintiff(s)

vs.

                Case Number: 23-cv-00177-JFH-SH

Gentner Drummond, et al.,

                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Gentner Drummond, Steven Katsis, M.D., Trevor Nutt, Clayton Bullard, Susan Chambers, M.D., Louis Cox, M.D., Mark Fixley, M.D., Jeremy Hall, Timothy Holder, M.D., Robert Howard, Ross VanHooser, M.D., Don Wilber, M.D., Katherine O'Dell, D.N.P., R.N., Kyle Leemaster, M.B.A., R.N., Shawn Stachovic, L.P.N., Shelly Swalley, M.S., R.N., Lindsay Potts, L.P.N., Amber Garretson, APRN-CNS, C.C.R.N., Nikole Hicks, Ph.D., R.N., CNE, Callie Rinehart, M.S.N., R.N., C.P.N., Shaston Salie, L.P.N., Georgina Calhoun, Marisa Wrape, Bret S. Langerman, Catherine C. Taylor, J.D., Duane G. Koehler, D.O., Katie L. Templeton, J.D., Leroy E. Young, D.O., Dennis J. Carter, D.O., C. Michael Ogle, D.O., Chelsey D. Gilbertson, D.O., University Hospitals Authority, University Hospitals Trust, Randy Dowell, G. Rainey Williams, Jim Everest, Anthony F. Keating, III, Gary E. Raskob, Kevin Corbett all in their official capacity.

---

5/25/2023
Date

s/ Zach West
Signature

Type of Appointment: ☐ Retained  ☐ CJA

Zach West
Print Name

☐ FPD  ☐ Pro Bono  ☐ Pro Se

Oklahoma Office of the Attorney General
Firm Name

313 NE 21st Street
Mailing Address

30768
Oklahoma State Bar Number (If Applicable)

Oklahoma City      OK    73105
City               State    Zip Code

zach.west@oag.ok.gov
e-mail address

(405) 521-3921     (405) 521-6246
Phone Number       Fax Number

## Certificate of Service

I hereby certify that on _____5/25/2023_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Blaine R. Valencia, Daniel L. Robertson, Harper Samuel Seldin, Jocelyn Ann Sitton, Laura Joy Edelstein, Lauren Michelle Greene, Lillian Margaret McGuire, Luke Platzer, Madeleine V. Findley, Megan Elizabeth Lambert, Omar Gonzalez-Pagan, Remi Jaffre, Sasha Buchert, Shelly Lynn Skeen

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service  ☐ In Person Delivery

☐ Courier Service  ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/ Zach West
_____
Signature