# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

           Plaintiff(s)

vs.

Gentner Drummond, et al.,

           Defendant(s)

Case Number: 23-cv-00177-JFH-SH

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Gentner Drummond, Steven Katsis, M.D., Trevor Nutt, Clayton Bullard, Susan Chambers, M.D., Louis Cox, M.D., Mark Fixley, M.D., Jeremy Hall, Timothy Holder, M.D., Robert Howard, Ross VanHooser, M.D., Don Wilber, M.D., Katherine O'Dell, D.N.P., R.N., Kyle Leemaster, M.B.A., R.N., Shawn Stachovic, L.P.N., Shelly Swalley, M.S., R.N., Lindsay Potts, L.P.N., Amber Garretson, APRN-CNS, C.C.R.N., Nikole Hicks, Ph.D., R.N., CNE, Callie Rinehart, M.S.N., R.N., C.P.N., Shaston Salie, L.P.N., Georgina Calhoun, Marisa Wrape, Bret S. Langerman, Catherine C. Taylor, J.D., Duane G. Koehler, D.O., Katie L. Templeton, J.D., Leroy E. Young, D.O., Dennis J. Carter, D.O., C. Michael Ogle, D.O., Chelsey D. Gilbertson, D.O., University Hospitals Authority, University Hospitals Trust, Randy Dowell, G. Rainey Williams, Jim Everest, Anthony F. Keating, III, Gary E. Raskob, Kevin Corbett all in their official capacity.

| | |
|---|---|
| 5/25/2023 | s/ Will Flanagan |
| Date | Signature |
| Type of Appointment: ☑ Retained ☐ CJA | Will Flanagan |
| ☐ FPD ☐ Pro Bono ☐ Pro Se | Print Name |
| | Oklahoma Office of the Attorney General |
| | Firm Name |
| | 313 NE 21st Street |
| | Mailing Address |
| 35110 | Oklahoma City    OK    73105 |
| Oklahoma State Bar Number (If Applicable) | City    State    Zip Code |
| william.flanagan@oag.ok.gov | (405) 521-3921    (405) 521-6246 |
| e-mail address | Phone Number    Fax Number |

## Certificate of Service

I hereby certify that on ____5/25/2023____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Blaine R. Valencia, Daniel L. Robertson, Harper Samuel Seldin, Jocelyn Ann Sitton, Laura Joy Edelstein, Lauren Michelle Greene, Lillian Margaret McGuire, Luke Platzer, Madeleine V. Findley, Megan Elizabeth Lambert, Omar Gonzalez-Pagan, Remi Jaffre, Sasha Buchert, Shelly Lynn Skeen

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service            ☐ In Person Delivery

☐ Courier Service                ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/ Will Flanagan
Signature