UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

PETER POE, ET AL.,
                              Plaintiff(s)

vs.                                                         Case Number: 23-cv-177-JFH-SH

GENTNER DRUMMOND, ET AL.,
                              Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

   Defendant 54 - OU Medicine, Inc. d/b/a OU Health, an Oklahoma not-for-profit corporation;

   Defendant 55 - Dr. Richard Lofgren, in his official capacity as President and Chief Executive Officer of OU Health

| | |
|---|---|
| May 26, 2023 | /s/ Jennie Mook |
| Date | Signature |
| Type of Appointment: ✔ Retained   ☐ CJA | Jennie Mook |
| | Print Name |
| ☐ FPD   ☐ Pro Bono   ☐ Pro Se | McAfee & Taft, P.C. |
| | Firm Name |
| | Two West Second Street, Suite 1100 |
| | Mailing Address |
| 34727 | Tulsa                    OK        74103 |
| Oklahoma State Bar Number (If Applicable) | City                     State     Zip Code |
| jennie.mook@mcafeetaft.com | (918) 587-0000          (918) 599-9317 |
| e-mail address | Phone Number           Fax Number |

## Certificate of Service

I hereby certify that on  05/26/2023  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service   ☐ In Person Delivery

☐ Courier Service   ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Jennie Mook
Signature