# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

PETER POE, ET AL.,
                    Plaintiff(s)

vs.                                                  Case Number: 23-cv-177-JFH-SH

GENTNER DRUMMOND, ET AL.,
                    Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

   Defendant 54 - OU Medicine, Inc. d/b/a OU Health, an Oklahoma not-for-profit corporation;

   Defendant 55 - Dr. Richard Lofgren, in his official capacity as President and Chief Executive Officer of OU Health

---

May 26, 2023                                         /s/ Ronald T. Shinn, Jr.
Date                                                 Signature

Type of Appointment:   ✔ Retained    ☐ CJA           Ronald T. Shinn, Jr.
                                                     Print Name

                       ☐ FPD  ☐ Pro Bono  ☐ Pro Se   McAfee & Taft, P.C.
                                                     Firm Name

                                                     Two West Second Street, Suite 1100
                                                     Mailing Address

19569                                                Tulsa                    OK    74103
Oklahoma State Bar Number (If Applicable)            City                     State  Zip Code

ron.shinn@mcafeetaft.com                             (918) 587-0000           (918) 599-9317
e-mail address                                       Phone Number             Fax Number

## Certificate of Service

I hereby certify that on  05/26/2023   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Ronald T. Shinn, Jr.
Signature