# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

                     Plaintiff(s)

vs.                                                          Case Number: 23-00177-JFH-SH

Gentner Drummond, et al.,

                     Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Amici curiae who are professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination in support of plaintiffs' challenge to Oklahoma Senate Bill 613.

---

June 8, 2023
Date

Type of Appointment:  ☐ Retained   ☐ CJA
                     ☐ FPD   ☒ Pro Bono   ☐ Pro Se

34440
Oklahoma State Bar Number (If Applicable)

josh@joshuapaytonlaw.com
e-mail address

/s/ Joshua Lee Payton
Signature

Joshua Lee Payton
Print Name

Law Office of Joshua Payton, PLLC
Firm Name

320 S. Boston Avenue, Suite 1026
Mailing Address

Tulsa                            OK    74103
City                             State   Zip Code

(918) 691-9719        (918) 584-1425
Phone Number          Fax Number

## Certificate of Service

I hereby certify that on  06/08/2023   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that  June 8, 2023   (Date), I served the same document by:

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Joshua Lee Payton
Signature