# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

        Plaintiff(s)

vs.

        Case Number: 23-00177-JFH-SH

Gentner Drummond, et al.,

        Defendant(s)

### REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: **Kathleen Hartnett**

2. State bar membership number: **314267**

3. Business address, telephone and fax numbers:
   3 Embarcadero Center San Francisco, CA 94111
   PH: (415) 693-2000; FX: (415) 693-2222

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   U.S. Supreme Court, N.D. CA, E.D. CA, S.D. CA, C.D. CA, 2nd Cir., 3rd Cir., 4th Cir., 5th Cir., 9th Cir., 10th Cir., 11th Cir., Fed. Cir., D.C. Cir., CA, NY, DC

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

Signature: Kathleen Hartnett (Digitally signed by Kathleen Hartnett, Date: 2023.06.08 13:51:37 -04'00')

Printed Name: Kathleen Hartnett     Bar Number: 314267 CA

Firm Name: Cooley LLP

Address: 3 Embarcadero Center

City: San Francisco     State: CA     ZIP: 94111

Phone: (415) 693-2000     Fax: (415) 693-2222

Email Address: khartnett@cooley.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): all attorneys of record

I hereby certify that on June 8, 2023 (Date), I served the same document by

☐ U.S. Postal Service ☐ In Person Delivery
☐ Courier Service ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*/s/Joshua Lee Payton*
Signature