UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GENTNER DRUMMOND, *et al.*,<br><br>        Defendants. | Case No.:   23-00177-JFH-SH |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LGnR4-3(b), Elizabeth Reinhardt hereby applies for admission *pro hac vice* to appear as counsel in the above-referenced matter for purposes of representing Amici Curiae, and certifies that she is a member in good standing of the State Bar of Massachusetts. As required by the subject rule, a copy of her Request for Admission *Pro Hac Vice* is submitted contemporaneously herewith.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting this Request for Admission *Pro Hac Vice*.

Dated:  June 8, 2023                                       Respectfully submitted,

                                              *s/Joshua Lee Payton*
                                              Joshua Lee Payton

                                              Oklahoma Bar Number: 34440
                                              Law Office of Joshua Payton, PLLC
                                              320 S. Boston Avenue, Suite 1026
                                              Tulsa, OK 74103
                                              Phone: (918) 691-9719
                                              Email: josh@joshuapaytonlaw.com

## CERTIFICATE OF SERVICE

I, Joshua Lee Payton, hereby certify that on June 8, 2023, I caused a true and complete copy of the foregoing Motion for Admission *Pro Hac Vice* to be electronically filed with the Clerk via the Pacer e-filing system.

Dated:  June 8, 2023                              Respectfully submitted,

                                                                *s/ Joshua Lee Payton*
                                                                Joshua Lee Payton

                                                                Oklahoma Bar Number: 34440
                                                                Law Office of Joshua Payton, PLLC
                                                                320 S. Boston Avenue, Suite 1026
                                                                Tulsa, OK 74103
                                                                Phone: (918) 691-9719
                                                                Email: josh@joshuapaytonlaw.com