# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

    Plaintiff(s)

vs.                                              Case Number: 23-001770-JFH-SH

Gentner Drummond, et al.,

    Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Elizabeth Reinhardt

2. State bar membership number: 707645 (MA)

3. Business address, telephone and fax numbers:
   1299 Pennsylvania Ave NW, Washington, DC 20004
   PH: (202) 842-7800; FX: (202) 842-7899

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   8th Cir.; N.D. FLA; D.C. Idaho; D.C. Mass.; S.D. W.V.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

Signature: Elizabeth Reinhardt (Digitally signed by Elizabeth Reinhardt, Date: 2023.06.07 13:13:37 -04'00')

Printed Name: Elizabeth Reinhardt  
Bar Number: 707645 (MA)

Firm Name: Cooley LLP

Address: 1299 Pennsylvania Avenue, NW, Suite 700

City: Washington  State: DC  ZIP: 20004-2400

Phone: (202) 842-7800  Fax: (202) 842-7899

Email Address: ereinhardt@cooley.com

## CERTIFICATE OF SERVICE

I hereby certify that on  **June 8, 2023**  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): all attorneys of record

I hereby certify that on  **June 8, 2023**  (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery
☐ Courier Service        ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Joshua Lee Payton
_____
Signature