## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GENTNER DRUMMOND, *et al.*,<br><br>    Defendants. | Case No.:   23-00177-JFH-SH |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LGnR4-3(b), Julie Veroff hereby applies for admission *pro hac vice* to appear as counsel in the above-referenced matter for purposes of representing Amici Curiae, and certifies that she is a member in good standing of the State Bar of California.  As required by the subject rule, a copy of her Request for Admission *Pro Hac Vice* is submitted contemporaneously herewith.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting this Request for Admission *Pro Hac Vice*.

Dated:  June 8, 2023                                         Respectfully submitted,


                                                                               *s/Joshua Lee Payton*                    
                                                                              Joshua Lee Payton

                                                                              Oklahoma Bar Number: 34440
                                                                              Law Office of Joshua Payton, PLLC
                                                                              320 S. Boston Avenue, Suite 1026
                                                                              Tulsa, OK 74103
                                                                              Phone: (918) 691-9719
                                                                              Email: josh@joshuapaytonlaw.com

## CERTIFICATE OF SERVICE

I, Joshua Lee Payton, hereby certify that on June 8, 2023, I caused a true and complete copy of the foregoing Motion for Admission *Pro Hac Vice* to be electronically filed with the Clerk via the Pacer e-filing system.

Dated:  June 8, 2023

Respectfully submitted,

*s/Joshua Lee Payton*
Joshua Lee Payton

Oklahoma Bar Number: 34440
Law Office of Joshua Payton, PLLC
320 S. Boston Avenue, Suite 1026
Tulsa, OK 74103
Phone: (918) 691-9719
Email: josh@joshuapaytonlaw.com