# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

        Plaintiff(s)

vs.

Gentner Drummond, et al.,

        Defendant(s)

Case Number: 23-001770-JFH-SH

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Julie Veroff

2. State bar membership number: 310161 (CA)

3. Business address, telephone and fax numbers:
   3 Embarcadero Center, San Francisco, CA 94111
   PH: (415) 693-2000; FX: (415) 693-2222

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: U.S. Supreme; N.D. CA; C.D. CA; 2d Cir; 3d Cir.; 7th Cir.; 8th Cir., 9th Cir.; 10th Cir.; 11th Cir.; Fed. Cir. App.; DC Cir. App.; S.D. of W.V.; Dist. Nebraska; TX Crim. App.; Dist. Columbia; Dist. Montana; Dist. Idaho; S.D. Ohio; N.J. Bank. Ct.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

Julie Veroff
Digitally signed by Julie Veroff
Date: 2023.06.07 12:09:53 -04'00'

Signature

| Julie Veroff | 310161 (CA) |
|---|---|
| Printed Name | Bar Number |

Cooley LLP
Firm Name

3 Embarcadero Center, 20th Floor
Address

| San Francisco | CA | 94111-4004 |
|---|---|---|
| City | State | ZIP |

| (415) 693-2000 | (415) 693-2222 |
|---|---|
| Phone | Fax |

jveroff@cooley.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on ___June 8, 2023___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): all attorneys of record

I hereby certify that on ___June 8, 2023___ (Date), I served the same document by

☐ U.S. Postal Service  ☐ In Person Delivery
☐ Courier Service  ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/Joshua Lee Payton
Signature