# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GENTNER DRUMMOND, *et al.*,<br><br>　　　　　Defendants. | Case No.:　23-00177-JFH-SH |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LGnR4-3(b), Zoë Helstrom hereby applies for admission *pro hac vice* to appear as counsel in the above-referenced matter for purposes of representing Amici Curiae, and certifies that she is a member in good standing of the State Bar of California. As required by the subject rule, a copy of her Request for Admission *Pro Hac Vice* is submitted contemporaneously herewith.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting this Request for Admission *Pro Hac Vice*.

Dated:  June 8, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*s/Joshua Lee Payton*
　　　　　　　　　　　　　　　　　　　　　　Joshua Lee Payton

　　　　　　　　　　　　　　　　　　　　　Oklahoma Bar Number: 34440
　　　　　　　　　　　　　　　　　　　　　Law Office of Joshua Payton, PLLC
　　　　　　　　　　　　　　　　　　　　　320 S. Boston Avenue, Suite 1026
　　　　　　　　　　　　　　　　　　　　　Tulsa, OK 74103
　　　　　　　　　　　　　　　　　　　　　Phone: (918) 691-9719
　　　　　　　　　　　　　　　　　　　　　Email: josh@joshuapaytonlaw.com

## CERTIFICATE OF SERVICE

I, Joshua Lee Payton, hereby certify that on June 8, 2023, I caused a true and complete copy of the foregoing Motion for Admission *Pro Hac Vice* to be electronically filed with the Clerk via the Pacer e-filing system.

Dated: June 8, 2023

*s/ Joshua Lee Payton*
Joshua Lee Payton

Oklahoma Bar Number: 34440
Law Office of Joshua Payton, PLLC
320 S. Boston Avenue, Suite 1026
Tulsa, OK 74103
Phone: (918) 691-9719
Email: josh@joshuapaytonlaw.com