# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

Plaintiff(s)

vs.

Case Number:  23-cv-00177-JFH-SH

GENTNER DRUMMOND, et al.,

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

See Exhibit 1 listing proposed amici.

June 9, 2023
Date

Type of Appointment:  ☐ Retained   ☐ CJA

☐ FPD   ☑ Pro Bono   ☐ Pro Se

7876
Oklahoma State Bar Number (If Applicable)

msalem@msalemlaw.com
e-mail address

Signature

Micheal Salem
Print Name

Salem Law Office
Firm Name

101 East Gray, Suite C
Mailing Address

Norman                    OK      73069
City                      State   Zip Code

(405) 366-1234        (405) 366-8329
Phone Number          Fax Number

## Certificate of Service

I hereby certify that on __06/09/2023__ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All current ECF participants including Blaine R. Valencia, Chase Strangio, Daniel L. Robertson, Harper Samuel Seldin, Jocelyn Ann Sitton, Laura Joy Edelstein, Lauren Michelle Greene, Lillian Margaret McGuire, Luke Platzer, Madeleine V. Findley, Megan Elizabeth Lambert, Omar Gonzalez-Pagan, Remi Jaffre, Sasha Buchert, Shelly Lynn Skeen,

Garry Michael Gaskins , II, William Flanagan, Zachary Paul West, James Craig Buchan, Jennie Mook, Ronald Theodore Shinn , Jr.,

Joshua Lee Payton
John Fowler (for United States of America.

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service                    ☐ In Person Delivery

☐ Courier Service                        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature

## Exhibit 1 to Entry of Appearance of Micheal Salem

(List of Proposed *Amici Curiae*)

The American Academy of Pediatrics ("AAP");
The Academic Pediatric Association ("APA");
The American Academy of Child & Adolescent Psychiatry ("AACAP") ;
The American Academy of Family Physicians ("AAFP");
The American Academy of Nursing ("AAN");
The American Association of Physicians for Human Rights, Inc. d/b/a
      GLMA: Health Professionals Advancing LGBTQ+ Equality
      ("GLMA");
The American College of Obstetricians and Gynecologists ("ACOG");
The American College of Osteopathic Pediatricians ("ACOP");
The American College of Physicians ("ACP");
The American Medical Association ("AMA");
The American Pediatric Society ("APS");
The Association of Medical School Pediatric Department Chairs, Inc.
      ("AMSPDC");
The Endocrine Society ("ES");
The Oklahoma Chapter of the American Academy of Pediatrics
      ("OKAAP");
The National Association of Pediatric Nurse Practitioners ("NAPNAP");
The Oklahoma Council of Child and Adolescent Psychiatry ("OKCCAP");
The Pediatric Endocrine Society ("PES");
The Societies for Pediatric Urology ("SPU");
The Society for Adolescent Health and Medicine ("SAHM");
The Society for Pediatric Research ("SPR");
The Society of Pediatric Nurses ("SPN"); and
The World Professional Association for Transgender Health ("WPATH")

(collectively, "amici").