# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

     Plaintiffs,

v.

GENTNER DRUMMOND, et al.,

     Defendants.

Case No. 4:23-cv-00177-JFH-SH

## BRIEF OF *AMICI CURIAE* AMERICAN ACADEMY OF PEDIATRICS AND ADDITIONAL NATIONAL AND STATE MEDICAL AND MENTAL HEALTH ORGANIZATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for American Academy of Pediatrics ("AAP"), the Academic Pediatric Association ("APA"), the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA"), the American College of Obstetricians and Gynecologists ("ACOG"), the American College of Osteopathic Pediatricians ("ACOP"), the American College of Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), Association of Medical School Pediatric Department Chairs, Inc. ("AMSPDC"), the Endocrine Society ("ES"), the Oklahoma Chapter of the American Academy of Pediatrics ("OKAAP"), the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the Oklahoma Council of Child and Adolescent Psychiatry ("OKCCAP"), the Pediatric Endocrine Society ("PES"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") certify that:

1.      AAP, APA, AACAP, AAFP, AAN, GLMA, ACOG, ACOP, ACP,

AMA, APS, AMSPDC, ES, OKAAP, NAPNAP, OKCCAP, PES, SPU, SAHM, SPR, SPN, and WPATH, respectively, have no parent corporation.

2.     No corporations hold any stock in AAP, APA, AACAP, AAFP, AAN, GLMA, ACOG, ACOP, ACP, AMA, APS, AMSPDC, ES, OKAAP, NAPNAP, OKCCAP, PES, SPU, SAHM, SPR, SPN, and WPATH.[1]

---

[1] A disclosure statement per Form CV-24 does not accompany this brief because *amici curiae* do not fall within the definition of "parties" under Local Civil Rule 7.1.

# **TABLE OF CONTENTS**

Corporate Disclosure Statement ................................................................. ii

Table of Contents ...................................................................................... iv

Table of Authorities ................................................................................... vi

STATEMENT OF INTEREST OF *AMICI CURIAE* ............................................. 1

INTRODUCTION ...................................................................................... 3

ARGUMENT .............................................................................................. 5

I.     Understanding Gender Identity and Gender Dysphoria. ................................ 5

II.    The Widely Accepted Guidelines for Treating Adolescents with
       Gender Dysphoria Provide for Medical Interventions When Indicated......... 8

       A.     The Gender Dysphoria Treatment Guidelines Include Thorough
              Mental Health Assessments and, for Some Adolescents,
              Medical Interventions.......................................................................... 9

              1.     A Robust Diagnostic Assessment Is Required Before
                     Medical Interventions Are Provided....................................... 10

              2.     The Guidelines Recommend Only Non-Medical
                     Interventions for Prepubertal Children With Gender
                     Dysphoria. ............................................................................. 11

              3.     In Certain Circumstances, the Guidelines Provide for the
                     Use of Medical Interventions to Treat Adolescents With
                     Gender Dysphoria. .................................................................. 11

       B.     The Guidelines for Treating Gender Dysphoria Were
              Developed Through a Robust and Transparent Process,
              Employing the Same Scientific Rigor That Underpins Other
              Medical Guidelines................................................................................. 15

       C.     Scientific Evidence Indicates the Effectiveness of Treating
              Gender Dysphoria According to the Guidelines. ................................ 17

III.    The Healthcare Ban Would Irreparably Harm Many Adolescents with
        Gender Dysphoria By Denying Them the Treatment They Need................ 21

CONCLUSION ..................................................................................................... 22

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Brandt v. Rutledge*,
    551 F. Supp. 3d 882 (E.D. Ark. 2021)...............................................................21

*Brandt ex rel. Brandt v. Rutledge*,
    47 F.4th 661 (8th Cir. Aug. 25, 2022) ...............................................................21

*Doe v. Ladapo*,
    -- F. Supp. 3d --, 2023 WL 3833848 (N.D. Fla. June 6, 2023) ........................21

**Other Authorities**

Am. Psychiatric Ass'n, *Diagnostic and Statistical Manual of Mental Disorders: DSM-5 – TR* .......................................................................................7

Am. Psychological Ass'n, *Guidelines for psychological practice with transgender and gender nonconforming people*, 70(9) AMERICAN PSYCHOLOGIST 832 (2015), https://www.apa.org/practice/guidelines/transgender.pdf ..................................6

Am. Psychological Ass'n, *APA Resolution on Gender Identity Change Efforts* (2021), https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf ........................................................................6

Christal Achille et al., *Longitudinal impact of gender-affirming endocrine intervention on the mental health and wellbeing of transgender youths: preliminary results*, 8 INT'L J PEDIATRIC ENDOCRINOLOGY 1–5 (2020), https://pubmed.ncbi.nlm.nih.gov/32368216 ..................................................17, 18

Stewart L. Adelson, *Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents*, 51 J. AM. ACAD. CHILD & ADOLESCENT PSYCHIATRY 957, 964 (2020), https://pubmed.ncbi.nlm.nih.gov/22917211 .........................................................7

Zoe Aldridge et al., *Long Term Effect of Gender Affirming Hormone Treatment on Depression and Anxiety Symptoms in Transgender*

*People: A Prospective Cohort Study*, 9 ANDROLOGY 1808–16 (2021) ............................................................................................18

Luke R. Allen et al., *Well-being and suicidality among transgender youth after gender-affirming hormones*, 7(3) CLINICAL PRAC. PEDIATRIC PSYCH. 302 (2019), https://psycnet.apa.org/record/2019-52280-009 ........................................................................18, 19

Polly Carmichael et al., *Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK*, 16(2) PLOS ONE e0243894 (2021), https://pubmed.ncbi.nlm.nih.gov/33529227 .........................................17

Diane Chen et al., *Psychosocial Functioning in Transgender Youth after 2 Years of Hormones*, 388(3) NEW ENG. J. MED 240–50 (2023) ........................................................................................18, 19

F. Comite et al., *Short-Term Treatment of Idiopathic Precocious Puberty with a Long-Acting Analogue of Luteinizing Hormone-Releasing Hormone — A Preliminary Report*, 305 NEW ENG. J. MED. 1546 (1981) ............................................................................13

Rosalia Costa et al., *Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria*, 12(11) J. SEXUAL MED. 2206–2214 (2015), https://pubmed.ncbi.nlm.nih.gov/26556015 .......................................17

Annelou L.C. de Vries et al., *Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-up Study*, 8(8) J. SEXUAL MED. 227–83 (2011), https://pubmed.ncbi.nlm.nih.gov/20646177 ................................17, 20

Annelou L.C. de Vries et al., *Young Adult Psychological Outcome After Puberty Suppression And Gender Reassignment*, 134(4) PEDIATRICS 696–704 (2014), https://pubmed.ncbi.nlm.nih.gov/25201798 .........................................17, 18, 20

Endocrine Society, *Methodology*, https://www.endocrine.org/clinical-practice-guidelines/methodology .......................................................16

Endocrine Soc'y, *Transgender Health: An Endocrine Society Position Statement* (2020), https://www.endocrine.org/advocacy/position-

statements/transgender-health.................................................................8

Amy E. Green et al., *Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, J. ADOLESCENT HEALTH (2021), https://www.jahonline.org/article/S1054-139X(21)00568-1/fulltext...................................................................18

Gordon Guyatt et al., *GRADE guidelines: 1. Introduction - GRADE evidence profiles and summary of findings tables*, 64 J. CLINICAL EPIDEMIOLOGY 383 (2011), https://apo.who.int/docs/librariesprovider11/publications/supplementary-material/hsr-synthesis-guyatt-2011.pdf.............................................15, 16

Gordon H. Guyatt et al., *GRADE: an emerging consensus on rating quality of evidence and strength of recommendations*, 336 BMJ 924 (2008), https://pubmed.ncbi.nlm.nih.gov/18436948/................................16

Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*, 102(11) J. CLINICAL ENDOCRINOLOGY & METABOLISM 3869 (Nov. 2017) ("Endocrine Soc'y Guidelines"), https://academic.oup.com/jcem/article/102/11/3869/4157558...................passim

Jody L. Herman et al., *Ages of Individuals Who Identify as Transgender in the United States*, WILLIAMS INST. (Jan. 2017), http://williamsinstitute.law.ucla.edu/wp-content/uploads/Age-Trans-Individuals-Jan-2017.pdf............................................................6

Michelle M. Johns et al., *Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students–19 States and Large Urban School Districts, 2017*, US Dep't of Health and Human Servs., Centers for Disease Control & Prevention, 68 MORBIDITY & MORTALITY WKLY. REP. 67 (2019), https://www.cdc.gov/mmwr/volumes/68/wr/pdfs/mm6803a3-H.pdf..................8

Rittakerttu Kaltiala et al., *Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria*, 74(3) NORDIC J. PSYCHIATRY 213 (2020)........................................18

Brayden N. Kameg & Donna G. Nativio, *Gender dysphoria in youth:*

*An overview for primary care providers*. 30(9) J. AM. ASSOC.
NURSE PRACT. 493 (2018),
https://pubmed.ncbi.nlm.nih.gov/30095668 ........................................................7

Laura E. Kuper et al., *Body dissatisfaction and mental health
outcomes of youth on gender-affirming hormone therapy*, 145(4)
PEDIATRICS e20193006 (2020),
https://pubmed.ncbi.nlm.nih.gov/32220906 .................................................17, 18

Diego Lopez de Lara et al., *Psychosocial assessment in transgender
adolescents*, 93(1) ANALES DE PEDIATRIA 41–48 (English ed.
2020), https://www.researchgate.net/publication/342652073 ...........................18

James L. Madara, *AMA to states: Stop interfering in healthcare of
transgender children*, AM. MED. ASS'N (Apr. 26, 2021),
https://www.ama-assn.org/press-center/press-releases/ama-states-
stop-interfering-health-care-transgender-children ................................................6

Christy Mallory et al., *Conversion Therapy and LGBT Youth*,
Williams Inst. (June 2019),
https://williamsinstitute.law.ucla.edu/wp-
content/uploads/Conversion-Therapy-Update-Jun-2019.pdf ..............................4

Simona Martin et al., *Criminalization of Gender-Affirming Care—
Interfering with Essential Treatment for Transgender Children and
Adolescents*, 385 NEW ENG. J. MED. 579 (2021),
https://www.nejm.org/doi/full/10.1056/NEJMp2106314 ..........................passim

Anna I.R. van der Miesen, *Psychological functioning in transgender
adolescents before and after gender-affirmative care compared
with cisgender general population peers*, 66(6) J. ADOLESCENT
HEALTH 699–704 (2020) .............................................................................17, 18

M. Hassan Murad et al., H*ormonal Therapy and Sex Reassignment: A
Systematic Review and Meta-Analysis of Quality of Life and
Psychosocial Outcomes*, 72(2) CLINICAL ENDOCRINOLOGY 214
(Feb. 2010), https://onlinelibrary.wiley.com/doi/10.1111/j.1365-
2265.2009.03625.x .............................................................................................21

Amit Paley, *The Trevor Project 2020 National Survey*, at 1,
https://www.thetrevorproject.org/wp-
content/uploads/2020/07/The-Trevor-Project-National-Survey-

Results-2020.pdf .................................................................................8

Ken C. Pang et al., *Long-term Puberty Suppression for a Nonbinary Teenager*, 145(2) PEDIATRICS e20191606 (2019), https://pubmed.ncbi.nlm.nih.gov/31974217/ ......................................13

Jason Rafferty, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) PEDIATRICS e20182162 (2018) ("AAP Policy Statement"), https://publications.aap.org/pediatrics/article/142/4/e20182162/373 81/Ensuring-Comprehensive-Care-and-Support-for ...................................passim

Stephen M. Rosenthal, *Challenges in the care of transgender and gender-diverse youth: an endocrinologist's view*, 17(10) NATURE REV. ENDOCRINOLOGY 581 (Oct. 2021), https://pubmed.ncbi.nlm.nih.gov/34376826 ..................................................7, 20

Annemieke S. Staphorsius et al., *Puberty suppression and executive functioning: an fMRI-study in adolescents with gender dysphoria*, 6 PSCYHONEUROENDOCRINOLOGY 190 (2015), https://pubmed.ncbi.nlm.nih.gov/25837854 ......................................13

Diana M. Tordoff et al., Mental Health Outcomes In Transgender And Nonbinary Youths Receiving Gender-Affirming Care, 5(2) JAMA NETWORK OPEN e220978 (2022), https://pubmed.ncbi.nlm.nih.gov/35212746/ ......................................18

Jack L. Turban et al., *Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults*, J. PLOS ONE (2022), https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0 261039 ......................................................................................................18

Jack L. Turban et al., *Pubertal suppression for transgender youth and risk of suicidal ideation*, 145(2) PEDIATRICS e20191725 (2020), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7073269 ...................17, 19, 21

WPATH, *Standards of Care for the Health of Transgender and Gender Diverse People* (8th Version) ("WPATH Guidelines"), https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.210 0644 ..............................................................................................................passim

## STATEMENT OF INTEREST OF *AMICI CURIAE*

*Amici curiae* are the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American Medical Association, the American Pediatric Society, Association of Medical School Pediatric Department Chairs, Inc., the Endocrine Society, the Oklahoma Chapter of the American Academy of Pediatrics, the National Association of Pediatric Nurse Practitioners, the Oklahoma Council of Child and Adolescent Psychiatry, the Pediatric Endocrine Society, the Societies for Pediatric Urology, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, and the World Professional Association for Transgender Health (collectively, "*amici*").[2]

*Amici* are professional medical and mental health organizations seeking to ensure that all adolescents, including those with gender dysphoria, receive the

---

[2] Plaintiffs have consented to the filing of this brief. Defendants do not oppose the filing of this brief. *Amici* affirm that no counsel for a party authored this brief in whole or in part and that no person other than *amici* or their counsel made any monetary contributions intended to fund the preparation or submission of this brief.

optimal medical and mental health care they need and deserve.  *Amici* represent thousands of healthcare providers who have specific expertise with the issues raised in this brief.  The Court should consider *amici*'s brief because it provides important expertise and addresses misstatements about the treatment of transgender adolescents.

## **INTRODUCTION**

On May 1, 2023, the Oklahoma Governor signed S.B. 613 (the "Healthcare Ban"), a law that prohibits healthcare providers from providing patients under 18 with critical, medically necessary, evidence-based treatments for gender dysphoria, and makes the provision of such treatments a felony.[3]  Denying such evidence-based medical care to adolescents who meet the requisite medical criteria puts them at risk of significant harm.  Below, *amici* provide the Court with an accurate description of the relevant treatment guidelines and summarize the scientific evidence supporting the medical interventions for adolescents prohibited by the Healthcare Ban.[4]

Gender dysphoria is a clinical condition that is marked by distress due to an incongruence between the patient's gender identity (i.e., the innate sense of oneself as being a particular gender) and sex assigned at birth.  This incongruence can lead to clinically significant distress and impair functioning in many aspects of the patient's life.[5]  If not treated, or treated improperly, gender dysphoria can result in

---

[3] Okla. S.B. 613 §§ 1(A)(2)(a)(2), (B)–(F) prohibits treatments that delay or stop puberty or include certain hormone therapy which, as discussed in this brief, are medical necessary care for certain adolescents with gender dysphoria, and makes the provision of such treatments a felony.

[4] Because this brief focuses primarily on adolescents, it does not discuss surgeries that are typically available to transgender adults.

[5] *See, e.g.*, Jason Rafferty, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142(4) PEDIATRICS e20182162, at 2–3, tbl.1 (2018) (hereinafter, "AAP Policy Statement"),

debilitating anxiety, depression, and self-harm, and is associated with higher rates of suicide.  As such, the effective treatment of gender dysphoria saves lives.

The widely accepted recommendation of the medical community, including that of the respected professional organizations participating here as *amici*, is that the standard of care for treating gender dysphoria is "gender-affirming care."[6] Gender-affirming care is care that supports an individual with gender dysphoria as they explore their gender identity—in contrast with efforts to change the individual's gender identity to match their sex assigned at birth, which are known to be ineffective and harmful.[7]  For adolescents with persistent gender dysphoria that worsens with the onset of puberty, gender-affirming care may include medical interventions to align their physiology with their gender identity. Empirical evidence indicates that gender-affirming care, including gender-affirming medical interventions provided to carefully evaluated patients who meet diagnostic criteria, can alleviate clinically significant distress and lead to significant improvements in

---

https://publications.aap.org/pediatrics/article/142/4/e20182162/37381/Ensuring-Comprehensive-Care-and-Support-for.

[6] *Id.* at 10.

[7] *See, e.g.*, Christy Mallory et al., *Conversion Therapy and LGBT Youth*, Williams Inst. (June 2019), https://williamsinstitute.law.ucla.edu/wp-content/uploads/Conversion-Therapy-Update-Jun-2019.pdf.

the mental health and overall well-being of adolescents with gender dysphoria.[8]

The Healthcare Ban disregards this medical evidence by precluding healthcare providers from providing adolescent patients with treatments for gender dysphoria in accordance with the accepted standard of care.  Accordingly, *amici* urge this Court to grant Plaintiffs' motion for a preliminary injunction.

## **ARGUMENT**

This brief first provides background on gender identity and gender dysphoria. It then describes the professionally-accepted medical guidelines for treating gender dysphoria as they apply to adolescents, the scientifically rigorous process by which these guidelines were developed, and the evidence that supports the effectiveness of this care for adolescents with gender dysphoria.  Finally, the brief explains how the Healthcare Ban would irreparably harm adolescents with gender dysphoria by denying crucial care to those who need it.

## I.    **Understanding Gender Identity and Gender Dysphoria.**

A person's gender identity is a person's deep internal sense of belonging to a particular gender.[9]  Most people have a gender identity that aligns with their sex

---

[8] *See* Simona Martin et al., *Criminalization of Gender-Affirming Care—Interfering with Essential Treatment for Transgender Children and Adolescents*, 385 NEW ENG. J. MED. 579, at 2 (2021), https://www.nejm.org/doi/full/10.1056/NEJMp2106314.

[9] AAP Policy Statement, *supra* note 4, at 2 tbl.1.

assigned at birth.[10]   However, transgender people have a gender identity that does not align with their sex assigned at birth.[11]   In the United States, it is estimated that approximately 1.4 million individuals are transgender.[12]   Of these individuals, approximately 10% are teenagers aged 13 to 17.[13]   Individuals often start to understand their gender identity during prepubertal childhood and adolescence.

Today, there is an increasing understanding that being transgender is a normal variation of human identity.[14]   However, many transgender people suffer from gender dysphoria, a serious medical condition in which the patient experiences significant distress that can lead to "impairment in peer and/or family relationships,

---

[10] *See* Am. Psychological Ass'n, *Guidelines for Psychological Practice with Transgender and Gender Nonconforming People*, 70(9) AMERICAN PSYCHOLOGIST 832, 862 (2015), https://www.apa.org/practice/guidelines/transgender.pdf.

[11] *See id.* at 863.

[12] *See* Jody L. Herman et al., *Ages of Individuals Who Identify as Transgender in the United States*, Williams Inst., at 2 (Jan. 2017), http://williamsinstitute.law.ucla.edu/wp-content/uploads/Age-Trans-Individuals-Jan-2017.pdf.

[13] *See id.* at 3.

[14] James L. Madara, *AMA to States: Stop Interfering in Healthcare of Transgender Children*, Am. Med. Ass'n (Apr. 26, 2021), https://www.ama-assn.org/press-center/press-releases/ama-states-stop-interfering-health-care-transgender-children; *see also* Am. Psychological Ass'n, *APA Resolution on Gender Identity Change Efforts*, 4 (Feb. 2021), https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

school performance, or other aspects of their life."[15]  Gender dysphoria is a formal

diagnosis under the American Psychiatric Association's Diagnostic and Statistical

Manual (DSM-5-TR).[16]

Adolescents with gender dysphoria are not expected to identify later as their

sex assigned at birth.[17]  Instead, "[l]ongitudinal studies have indicated that the

emergence or worsening of gender dysphoria with pubertal onset is associated with

a very high likelihood of being a transgender adult."[18]

If untreated or inadequately treated, gender dysphoria can cause depression,

anxiety, self-harm, and suicidality.[19]  Indeed, over 60% of transgender adolescents

and young adults reported having engaged in self-harm during the preceding

---

[15] AAP Policy Statement, *supra* note 4, at 3.

[16] *See* Am. Psychiatric Ass'n, *Diagnostic and Statistical Manual of Mental Disorders: DSM-5 – TR*, at 512–13 (2022).

[17] *See, e.g.*, Stewart L. Adelson, *Practice Parameter on Gay, Lesbian, or Bisexual Sexual Orientation, Gender Nonconformity, and Gender Discordance in Children and Adolescents*, 51 J. AM. ACAD. CHILD & ADOLESCENT PSYCHIATRY 957, 964 (2020), https://pubmed.ncbi.nlm.nih.gov/22917211 ("In contrast, when gender variance with the desire to be the other sex is present in adolescence, this desire usually does persist through adulthood").

[18] Stephen M. Rosenthal, *Challenges in the Care of Transgender and Gender-Diverse Youth: An Endocrinologist's View*, 17(10) NATURE REV. ENDOCRINOLOGY 581, 585 (Oct. 2021), https://pubmed.ncbi.nlm.nih.gov/34376826.

[19] *See* Brayden N. Kameg & Donna G. Nativio, *Gender Dysphoria In Youth: An Overview For Primary Care Providers*. 30(9) J. AM. ASSOC. NURSE PRAC. 493 (2018), https://pubmed.ncbi.nlm.nih.gov/30095668.

12 months, and over 75% reported symptoms of generalized anxiety disorder in the preceding two weeks.[20] Even more troubling, more than 50% of this population reported having seriously considered attempting suicide,[21] and more than one in three transgender adolescents reported having attempted suicide in the preceding 12 months.[22]

## II. The Widely Accepted Guidelines for Treating Adolescents with Gender Dysphoria Provide for Medical Interventions When Indicated.

The widely accepted view of the professional medical community is that gender-affirming care is the appropriate treatment for gender dysphoria and that, for some adolescents, gender-affirming medical interventions are necessary.[23] This care greatly reduces the negative physical and mental health consequences that result

---

[20] *See* Amit Paley, *The Trevor Project 2020 National Survey*, at 1, https://www.thetrevorproject.org/wp-content/uploads/2020/07/The-Trevor-Project-National-Survey-Results-2020.pdf.

[21] *See id.* at 2.

[22] *See* Michelle M. Johns et al., *Transgender Identity and Experiences of Violence Victimization, Substance Use, Suicide Risk, and Sexual Risk Behaviors Among High School Students–19 States and Large Urban School Districts, 2017*, US Dep't of Health and Human Servs., Centers for Disease Control & Prevention, 68 MORBIDITY & MORTALITY WKLY. REP. 67, 70 (2019), https://www.cdc.gov/mmwr/volumes/68/wr/pdfs/mm6803a3-H.pdf.

[23] *See, e.g.*, Endocrine Soc'y, *Transgender Health: An Endocrine Society Position Statement* (2020), https://www.endocrine.org/advocacy/position-statements/transgender-health.

when gender dysphoria is untreated.[24]

### A.   The Gender Dysphoria Treatment Guidelines Include Thorough Mental Health Assessments and, for Some Adolescents, Medical Interventions.

The treatment protocols for gender dysphoria are laid out in established, evidence-based clinical guidelines:  (i) the Endocrine Society Clinical Practice Guideline for Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons, and (ii) the WPATH Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People (together, the "Guidelines").[25] The Guidelines have been developed by expert clinicians and researchers who have worked with patients with gender dysphoria for many years.

The Guidelines provide that all youth with gender dysphoria should be evaluated, diagnosed, and treated by a qualified health care professional ("HCP"). Further, the Guidelines provide that each patient who receives gender-affirming care should receive only evidence-based, medically necessary, and appropriate interventions that are tailored to the patient's individual needs.

---

[24] *See id.*

[25] Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons*, 102(11) J. CLINICAL ENDOCRINOLOGY & METABOLISM 3869 (Nov. 2017) (hereinafter, "Endocrine Soc'y Guidelines"), https://academic.oup.com/jcem/article/102/11/3869/4157558; WPATH, *Standards of Care for the Health of Transgender and Gender Diverse People* (8th Version) (hereinafter "WPATH Guidelines"), https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644.

### 1.   A Robust Diagnostic Assessment Is Required Before Medical Interventions Are Provided.

According to the Guidelines, gender-affirming care for adolescents begins with a thorough evaluation by a HCP who:  (1) is licensed by their statutory body and holds a master's degree or equivalent in a relevant clinical field; (2) has expertise and received theoretical and evidence-based training in child, adolescent, and family mental health; (3) has expertise and received training in gender identity development, gender diversity in children and adolescents, can assess capacity to consent, and possesses knowledge about gender diversity across the life span; (4) has expertise and received training in autism spectrum disorders and other neurodevelopmental presentations, or collaborates with a developmental disability expert when working with neurodivergent patients; and (5) continues engagement in professional development in areas relevant to gender diverse children, adolescents, and families.[26]

Prior to developing a treatment plan, the HCP should conduct a "comprehensive biopsychosocial assessment" of the adolescent patient.[27]  The HCP conducts this assessment to "understand the adolescent's strengths, vulnerabilities, diagnostic profile, and unique needs," so that the resulting treatment plan is

---

[26] *See* WPATH Guidelines, *supra* note 24, at S49.

[27] *Id.* at S50.

appropriately individualized.[28]  This assessment must be conducted collaboratively with the patient and their caregiver(s).[29]

### 2. The Guidelines Recommend Only Non-Medical Interventions for Prepubertal Children With Gender Dysphoria.

For prepubertal children with gender dysphoria, the Guidelines provide for mental health care and support for the child and their family.[30]  The Guidelines do *not* recommend that any medical interventions (such as puberty blockers, hormone therapy or surgery) be provided to prepubertal children with gender dysphoria.[31]

### 3. In Certain Circumstances, the Guidelines Provide for the Use of Medical Interventions to Treat Adolescents With Gender Dysphoria.

For youths with gender dysphoria that continues into adolescence—after the onset of puberty—the Guidelines provide that, in addition to mental health care, medical interventions may be indicated.  Before an adolescent may receive any medical interventions for gender dysphoria, a qualified HCP must determine that: (1) the adolescent meets the diagnostic criteria of gender incongruence according to the World Health Organization's International Classification of Diseases; (2) the

---

[28] *Id.*

[29] *Id.*

[30] *See id.* at S73–S74; Endocrine Soc'y Guidelines, *supra* note 24, at 3877–78.

[31] *See* WPATH Guidelines, *supra* note 24, at S64, S67; Endocrine Soc'y Guidelines, *supra* note 24, at 3871.

adolescent has demonstrated a sustained and persistent pattern of gender nonconformity or gender dysphoria; (3) the adolescent has demonstrated the emotional and cognitive maturity required to provide informed consent for treatment; (4) any coexisting psychological, medical, or social problems that could interfere with diagnosis, treatment, or the adolescent's ability to consent have been addressed; (5) the adolescent has been informed of the reproductive effects of treatment in the context of their stage in pubertal development and discussed fertility preservation options; and (6) the adolescent has reached Tanner stage 2 of puberty to initiate pubertal suppression.[32] Further, a pediatric endocrinologist or other clinician experienced in pubertal assessment must (7) agree with the indication for treatment, (8) confirm the patient has started puberty, and (9) confirm that there are no medical contraindications.[33]

If all of the above criteria are met, the Guidelines instruct that gonadotropin-releasing hormone (GnRH) analogues, or "puberty blockers," may be offered beginning at the onset of puberty.[34] The purpose of puberty blockers is to delay

---

[32] WPATH Guidelines, *supra* note 24, at S59–65.

[33] Endocrine Soc'y Guidelines, *supra* note 24, at 3878 tbl.5.

[34] WPATH Guidelines, *supra* note 24, at S64; Martin, *Criminalization of Gender-Affirming Care—Interfering with Essential Treatment for Transgender Children and Adolescents*, *supra* note 7.

pubertal development until adolescents are old enough and have had sufficient time to make more informed decisions about whether to pursue further treatments.[35] Puberty blockers also can make pursuing transition later in life easier, because they prevent irreversible bodily changes such as protrusion of the Adam's apple or breast growth.[36]  Puberty blockers have well-known efficacy and side-effect profiles,[37] and their effects are generally reversible.[38]  In fact, puberty blockers have been used by pediatric endocrinologists for more than 40 years for the treatment of precocious puberty.[39]  The risks of any serious adverse effects from these treatments are exceedingly rare when provided under clinical supervision.[40]

Later in adolescence—and if the criteria below are met—hormone therapy

---

[35] WPATH Guidelines, *supra* note 24, at S112.

[36] *See* AAP Policy Statement, *supra* note 4, at 5.

[37] *See* Martin, *supra* note 7, at 2.

[38] *See id.*

[39] *See* F. Comite et al., *Short-Term Treatment of Idiopathic Precocious Puberty with a Long-Acting Analogue of Luteinizing Hormone-Releasing Hormone — A Preliminary Report*, 305 NEW ENG. J. MED. 1546 (1981).

[40] *See, e.g.*, Annemieke S. Staphorsius et al., *Puberty Suppression and Executive Functioning: An Fmri-Study in Adolescents with Gender Dysphoria*, 6 PSCYHONEUROENDOCRINOLOGY 190 (2015), https://pubmed.ncbi.nlm.nih.gov/25837854 (no adverse impact on executive functioning); Ken C. Pang et al., *Long-term Puberty Suppression for a Nonbinary Teenager*, 145(2) PEDIATRICS e20191606 (2019), https://pubmed.ncbi.nlm.nih.gov/31974217/ (exceedingly low risk of delayed bone mineralization from hormone treatment).

may be used to initiate puberty consistent with the patient's gender identity.[41]
Hormone therapy involves using gender-affirming hormones to allow adolescents to
develop secondary sex characteristics consistent with their gender identity.[42]
Hormone therapy is only prescribed when a qualified mental health professional has
confirmed the persistence of the patient's gender dysphoria, the patient's mental
capacity to assent to the treatment, and that any coexisting problems have been
addressed.[43]  A pediatric endocrinologist or other clinician experienced in pubertal
induction must also agree with the indication, and the patient and their parents or
guardians must be informed of the potential effects and side effects and give their
informed consent.[44]  Although some of the changes caused by hormone therapy
become irreversible after those secondary sex characteristics are fully developed,
others are partially reversible if the patient discontinues use of the hormones.[45]

The Guidelines contemplate that the prescription of puberty blockers and/or
hormone therapy be coupled with education on the safe use of such medications and

---

[41] Martin, *supra* note 7 at 2.

[42] *See* AAP Policy Statement, *supra* note 4, at 6.

[43] Endocrine Soc'y Guidelines, *supra* note 24, at 3878 tbl.5.

[44] *See id.*

[45] *See* AAP Policy Statement, *supra* note 4, at 5–6.

14

close monitoring to mitigate any potential risks. [46]   Decisions regarding the appropriate treatment for each patient with gender dysphoria are made in consultation with the patient, their parents or guardians, and the medical and mental health care team.  There is "no one-size-fits-all approach to this kind of care."[47]

**B.     The Guidelines for Treating Gender Dysphoria Were Developed Through a Robust and Transparent Process, Employing the Same Scientific Rigor That Underpins Other Medical Guidelines.**

The Guidelines are the product of careful and robust deliberation following the same types of processes—and subject to the same types of rigorous requirements—as other guidelines promulgated by *amici* and other medical organizations.

For example, the Endocrine Society's Guidelines were developed following a 26-step, 26-month drafting, comment, and review process.[48]  The Endocrine Society imposes strict evidentiary requirements based on the internationally recognized Grading of Recommendations Assessment, Development and Evaluation (GRADE) system.[49]  That GRADE assessment is then reviewed, re-reviewed, and reviewed

---

[46] *See* Endocrine Soc'y Guidelines, *supra* note 24, at 3871, 3876.

[47] Martin, *supra* note 7, at 1.

[48] *See, e.g.*, Endocrine Soc'y Guidelines, *supra* note 24, at 3872–73 (high-level overview of methodology).

[49]  *See* Gordon Guyatt et al., *GRADE Guidelines: 1. Introduction - GRADE Evidence Profiles and Summary of Findings Tables*, 64 J. CLINICAL EPIDEMIOLOGY 383 (2011),

again by multiple, independent groups of professionals.[50] Reviewers are subject to strict conflict of interest rules, and there is ample opportunity for feedback and debate through the years-long review process.[51] Further, the Endocrine Society continually reviews its own guidelines and recently determined that the 2017 transgender care guidelines continue to reflect the best, most up-to-date available evidence.

First published in 1979, the WPATH Standards of Care are currently in their 8th Edition. The current Standards of Care are the result of a robust drafting, comment, and review process that collectively took five years.[52] The draft guidelines went through rigorous review and were publicly available for discussion and debate, receiving a total of 2,688 comments.[53] 119 authors were ultimately involved in the final draft, including feedback from experts in the field as well as

---

https://apo.who.int/docs/librariesprovider11/publications/supplementary-material/hsr-synthesis-guyatt-2011.pdf; Gordon H. Guyatt et al., *GRADE: An Emerging Consensus on Rating Quality of Evidence and Strength of Recommendations*, 336 BMJ 924 (2008), https://pubmed.ncbi.nlm.nih.gov/18436948/.

[50] Endocrine Soc'y, *Methodology*, https://www.endocrine.org/clinical-practice-guidelines/methodology.

[51] *See id.*

[52] *See* WPATH Guidelines, *supra* note 24, at S247–51.

[53] *See id.*

from transgender individuals and their families.[54]

C.    **Scientific Evidence Indicates the Effectiveness of Treating Gender Dysphoria According to the Guidelines.**

Multiple studies indicate that adolescents with gender dysphoria who receive gender-affirming medical care experience improvements in their overall well-being.[55]   Nine studies have been published that investigated the use of puberty blockers on adolescents with gender dysphoria,[56] and nine studies have been

---

[54] *See id.*

[55] *See* Martin, *supra* note 7, at 2.

[56] *See, e.g.*, Christal Achille et al., *Longitudinal Impact of Gender-Affirming Endocrine Intervention on The Mental Health and Wellbeing of Transgender Youths: Preliminary Results*, 8 INT'L J PEDIATRIC ENDOCRINOLOGY 1–5 (2020), https://pubmed.ncbi.nlm.nih.gov/32368216; Polly Carmichael et al., *Short-Term Outcomes of Pubertal Suppression in a Selected Cohort of 12 to 15 Year Old Young People With Persistent Gender Dysphoria in the UK*, 16(2) PLOS ONE e0243894 (2021), https://pubmed.ncbi.nlm.nih.gov/33529227; Rosalia Costa et al., *Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria*, 12(11) J. SEXUAL MED. 2206–2214 (2015), https://pubmed.ncbi.nlm.nih.gov/26556015; Annelou L.C. de Vries et al., *Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-up Study*, 8(8) J. SEXUAL MED. 2276–83 (2011), https://pubmed.ncbi.nlm.nih.gov/20646177; Annelou L.C. de Vries et al., *Young Adult Psychological Outcome After Puberty Suppression And Gender Reassignment*, 134(4) PEDIATRICS 696–704 (2014), https://pubmed.ncbi.nlm.nih.gov/25201798; Laura E. Kuper,  et al., *Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy*, 145(4) PEDIATRICS e20193006 (2020), https://pubmed.ncbi.nlm.nih.gov/32220906; Jack L. Turban et al., *Pubertal Suppression For Transgender Youth And Risk of Suicidal Ideation*, 145(2) PEDIATRICS e20191725 (2020), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7073269; Anna I.R. van der

17

published that investigated the use of hormone therapy to treat adolescents with gender dysphoria.[57]  These studies find positive mental health outcomes for those adolescents who received puberty blockers or hormone therapy, including statistically significant reductions in anxiety, depression, and suicidal ideation.[58]

Miesen, *Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers*, 66(6) J. ADOLESCENT HEALTH 699–704 (2020); Diana M. Tordoff et al., *Mental Health Outcomes In Transgender And Nonbinary Youths Receiving Gender-Affirming Care*, 5(2) JAMA NETWORK OPEN e220978 (2022), https://pubmed.ncbi.nlm.nih.gov/35212746/.

[57] *See, e.g.*, Achille, *supra* note 55; Luke R. Allen et al., *Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones*, 7(3) CLINICAL PRAC. PEDIATRIC PSYCH. 302 (2019), https://psycnet.apa.org/record/2019-52280-009; Diane Chen et al., *Psychosocial Functioning in Transgender Youth after 2 Years of Hormones*, 388(3) NEW ENG. J. MED 240–50 (2023); Diego Lopez de Lara et al., *Psychosocial Assessment in Transgender Adolescents*, 93(1) ANALES DE PEDIATRIA 41–48 (English ed. 2020), https://www.researchgate.net/publication/342652073; Vries, *Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment*, *supra* note 55; Rittakerttu Kaltiala et al., *Adolescent Development And Psychosocial Functioning After Starting Cross-Sex Hormones For Gender Dysphoria*, 74(3) NORDIC J. PSYCHIATRY 213 (2020); Kuper, *supra* note 55; Amy E. Green et al., *Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth*, J. ADOLESCENT HEALTH (2021), https://www.jahonline.org/article/S1054-139X(21)00568-1/fulltext; Jack L. Turban et al., *Access To Gender-Affirming Hormones During Adolescence and Mental Health Outcomes Among Transgender Adults*, J. PLOS ONE (2022), https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0261039.

[58] The data likewise indicates that adults who receive gender-affirming care experience positive mental health outcomes.  *See, e.g.*, Zoe Aldridge et al., *Long Term Effect of Gender Affirming Hormone Treatment on Depression and Anxiety Symptoms in Transgender People: A Prospective Cohort Study*, 9 ANDROLOGY

For example, a 2020 study analyzed survey data from 89 transgender adults who had access to puberty blockers while adolescents and from more than 3,400 transgender adults who did not.[59]  The study found that those who received puberty blocking treatment had lower odds of lifetime suicidal ideation than those who wanted puberty blocking treatment but did not receive it, even after adjusting for demographic variables and level of family support.[60]  Approximately *nine in ten* transgender adults who wanted puberty blocking treatment but did not receive it reported lifetime suicidal ideation.[61]  Additionally, a longitudinal study of nearly 50 transgender adolescents found that suicidality was decreased by a statistically-significant degree after receiving gender-affirming hormone treatment.[62]  A study published in January 2023, following 315 participants age 12 to 20 who received gender-affirming hormone treatment, found that the treatment was associated with decreased symptoms of depression and anxiety.[63]

As another example, a prospective two-year follow-up study of adolescents

--------

1808–16 (2021).

[59] *See* Turban, *Pubertal Suppression For Transgender Youth And Risk of Suicidal Ideation, supra* note 55.

[60] *See id.*

[61] *See id.*

[62] *See* Allen, *supra* note 56.

[63] *See* Chen, *supra* note 56.

with gender dysphoria published in 2011 found that treatment with puberty blockers was associated with decreased depression and improved overall functioning.[64]   A six-year follow-up study of 55 individuals from the 2011 study found that subsequent treatment with hormone therapy followed by surgery in adulthood was associated with a statistically significant decrease in depression and anxiety.[65] "Remarkably, this study demonstrated that these transgender adolescents and young adults had a sense of well-being that was equivalent or superior to that seen in age-matched controls from the general population."[66]

As scientists and researchers, *amici* always welcome more research, including on this crucial topic.  However, the available data indicate that the gender-affirming treatments prohibited by the Healthcare Ban are effective for the treatment of gender dysphoria.  As the U.S. Court of Appeals for the Eighth Circuit recently recognized in affirming an order preliminarily enjoining enforcement of a similar Arkansas law, "there is substantial evidence … that the [Arkansas] Act prohibits medical treatment

---

[64] *See* Vries, *Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study*, *supra* note 55.

[65] Vries, *Young Adult Psychological outcome After Puberty Suppression and gender Reassignment*, *supra* note 55.

[66] Stephen M. Rosenthal, *Challenges in the Care of Transgender and Gender-Diverse Youth: An Endocrinologist's View*, 17(10) NATURE REV. ENDOCRINOLOGY 581, 586 (Oct. 2021), https://pubmed.ncbi.nlm.nih.gov/34376826.

that conforms with the recognized standard of care."[67]

### III.   The Healthcare Ban Would Irreparably Harm Many Adolescents with Gender Dysphoria By Denying Them the Treatment They Need.

The Healthcare Ban denies adolescents with gender dysphoria in Oklahoma access to medical interventions that are designed to improve health outcomes and alleviate suffering and that are grounded in science and endorsed by the medical community. The medical treatments prohibited by the Healthcare Ban can be a crucial part of treatment for adolescents with gender dysphoria and necessary to preserve their health.

As discussed above, research shows that adolescents with gender dysphoria who receive puberty blockers and/or hormone therapy experience less depression, anxiety, and suicidal ideation. Several studies have found that hormone therapy is associated with reductions in the rate of suicide attempts and significant improvement in quality of life.[68] In light of this evidence supporting the connection

---

[67] *Brandt ex rel. Brandt v. Rutledge*, 47 F.4th 661, 671 (8th Cir. Aug. 25, 2022); *see also Brandt v. Rutledge*, 551 F. Supp. 3d 882, 890 (E.D. Ark. 2021) ("The consensus recommendation of medical organizations is that the only effective treatment for individuals at risk of or suffering from gender dysphoria is to provide gender-affirming care."); *see also Doe v. Ladapo*, -- F. Supp. 3d --, 2023 WL 3833848, at *14 (N.D. Fla. June 6, 2023) (enjoining enforcement of a similar Florida statute and set of rules, finding that "[t]he great weight of medical authority supports these treatments").

[68] *See* M. Hassan Murad et al., H*ormonal Therapy and Sex Reassignment: A Systematic Review and Meta-Analysis of Quality of Life and Psychosocial*

between lack of access to gender-affirming care and lifetime suicide risk, banning

such care can put patients' lives at risk.

## CONCLUSION

For the foregoing reasons, Plaintiffs' motion for a preliminary injunction

should be granted.

---

*Outcomes*, 72(2) CLINICAL ENDOCRINOLOGY 214 (Feb. 2010),
https://onlinelibrary.wiley.com/doi/10.1111/j.1365-2265.2009.03625.x; *see also*
Turban, *Pubertal Suppression For Transgender Youth And Risk of Suicidal
Ideation*, *supra* note 55.

Dated: June 9, 2023

Respectfully submitted,

Micheal Salem OBA #7876
SALEM LAW OFFICES
101 East Gray St., Suite C
Norman, OK 73069
Phone: (405) 366-1234
msalem@msalemlaw.com

D. Jean Veta  (*pro hac vice* forthcoming)
William Isasi  (*pro hac vice* forthcoming)
Emily Mondry (*pro hac vice* forthcoming)
Yuval Mor (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com
wisasi@cov.com
emondry@cov.com
ymor@cov.com

Cortlin H. Lannin (*pro hac vice*
forthcoming)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that foregoing Brief was served by electronic service upon

all ECF participating counsel of record on June 9, 2023.

_____

Micheal Salem