IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GENTNER DRUMMOND, *et al.*,<br><br>Defendants. | Case No. 23-cv-00177-JFH-SH |

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY BIOMEDICAL ETHICS AND PUBLIC HEALTH SCHOLARS IN SUPPORT OF PLAINTIFFS' CHALLENGE TO OKLAHOMA SENATE BILL 613**

Professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination request leave to appear as *amici curiae* ("*Amici*") in support of Plaintiffs' challenge to Oklahoma Senate Bill 613, to be codified at Okla. Stat. tit. 63 §§ 2607(1)(A)-(F), in the above-captioned case.

1. This motion and proposed brief are being filed on June 9, 2023, one week before Defendants' response to Plaintiffs' Motion for Preliminary Injunction is due.

2. *Amici* have met and conferred with the parties in good faith. Plaintiffs consent to the filing of the proposed amicus brief and Defendants do not oppose the filing of amicus briefs in this matter.

3.      *Amici* have an interest in ensuring that the principles of biomedical ethics are accurately described and properly applied and offer a unique perspective to this Court derived from study of and experience in the field.

**WHEREFORE**, *Amici* respectfully request an order granting leave to file the attached brief.

## STATEMENT OF INTEREST

*Amici* listed in the Appendix to the proposed amicus brief are professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination.  Biomedical ethics, sometimes referred to as bioethics, is "the discipline of ethics dealing with moral problems arising in the practice of medicine and the pursuit of biomedical research."  J. R. Vevaina et al., 39 *Issues in biomedical ethics* 869–925 (1993), https://pubmed.ncbi.nlm.nih.gov/8243220.  *Amici* have a strong interest in ensuring that principles of biomedical ethics are accurately described and properly applied. They submit this brief to explain how Oklahoma Senate Bill 613 is inconsistent with foundational principles of biomedical ethics.

## MEMORANDUM OF LAW

*Amici* offer a unique and important perspective and believe their briefing will benefit the court.  Plaintiffs challenge Oklahoma Senate Bill 613 (the "Health Care Ban"), which prohibits health care providers from "knowingly provid[ing] gender

transition procedures" to any person under eighteen years of age. In their brief, *amici* explain how the Health Care Ban contravenes fundamental and well-established principles of biomedical ethics and misunderstands how medical knowledge is generated, creating serious, harmful consequences for individual patients and public health more generally. *Amici* thus provide the court with crucial background and information necessary to fully understanding the arguments advanced by both Plaintiffs and Defendants.

## CONCLUSION

For these reasons, *amici* respectfully request that this Court grant their motion for leave to file their proposed amicus brief (attached) in support of Plaintiffs' challenge to Oklahoma Senate Bill 613 and Motion for a Preliminary Injunction.

Dated: June 9, 2023

Katelyn Kang*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2103
Telephone:  (212) 479-6000

Elizabeth F. Reinhardt*
COOLEY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone: (617) 937-2305
Admitted to practice in Massachusetts only
Not admitted to practice in Washington, DC
Supervised by active members of the Washington, DC Bar

Respectfully submitted,

*/s/ Joshua Payton*

Joshua Payton
LAW OFFICE OF JOSHUA L. PAYTON, PLLC
320 South Boston, Suite 1026
Tulsa, Oklahoma 74103
Telephone: (918) 560-0334
josh@joshuapaytonlaw.com

Kathleen Hartnett*
Julie Veroff*
Zoë Helstrom*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   (415) 693-2000


*Attorneys for Amici Curiae*

*Pro Hac Vice

## CERTIFICATE OF SERVICE

I, Joshua Lee Payton, hereby certify that on June 9, 2023, I caused a true and complete copy of the foregoing Motion for Leave to File *Amicus Curiae* Brief by Biomedical Ethics and Public Health Scholars in Support of Plaintiffs' Challenge to Oklahoma Senate Bill 613 to be electronically filed with the Clerk via the Pacer e-filing system.

Dated:  June 9, 2023                                             Respectfully submitted,

                                                                                          */s/ Joshua Lee Payton*
                                                                                          Joshua Lee Payton

                                                Oklahoma Bar Number: 34440
                                                Law Office of Joshua Payton, PLLC
                                                320 S. Boston Avenue, Suite 1026
                                                Tulsa, OK 74103
                                                Phone: (918) 691-9719
                                                Email: josh@joshuapaytonlaw.com