UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,
                              Plaintiff(s)

vs.                                             Case Number:   23-00177-JFH-SH

Gentner Drummond, et al.,
                              Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Amici curiae who are professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination in support of plaintiffs' challenge to Oklahoma Senate Bill 613.

June 12, 2023
Date

Type of Appointment:   ☐ Retained   ☐ CJA
                       ☐ FPD        ☑ Pro Bono   ☐ Pro Se

N/A 314267 (CA)
Oklahoma State Bar Number (If Applicable)

khartnett@cooley.com
e-mail address

/s/ Kathleen Hartnett
Signature

Kathleen Hartnett
Print Name

Cooley LLP
Firm Name

Three Embarcadero Center, 20th Floor
Mailing Address

San Francisco                 CA      94111
City                          State   Zip Code

(415) 693-2000                (415) 693-2222
Phone Number                  Fax Number

## Certificate of Service

I hereby certify that on  06/12/2023 , I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that  June 12, 2023  (Date), I served the same document by:

☐ U.S. Postal Service        ☐ In Person Delivery

☐ Courier Service            ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Kathleen Hartnett
Signature