UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,
                              Plaintiff(s)

vs.                                                     Case Number:  23-00177-JFH-SH

Gentner Drummond, et al.,
                              Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Amici curiae who are professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination in support of plaintiffs' challenge to Oklahoma Senate Bill 613.

| | |
|---|---|
| June 12, 2023 | /s/ Katelyn L. Kang |
| Date | Signature |
| Type of Appointment: ☐ Retained ☑ CJA ☐ FPD ☑ Pro Bono ☐ Pro Se | Katelyn L. Kang |
| | Print Name |
| | Cooley LLP |
| | Firm Name |
| | 55 Hudson Yards |
| | Mailing Address |
| N/A 5745799 (NY) | New York        NY    10001 |
| Oklahoma State Bar Number (If Applicable) | City        State    Zip Code |
| kkang@cooley.com | (212) 479-6000        (212) 479-6275 |
| e-mail address | Phone Number        Fax Number |

## Certificate of Service

I hereby certify that on  06/12/2023 , I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that  June 12, 2023  (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Katelyn L. Kang
Signature