UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,
                                    Plaintiff(s)

vs.                                                             Case Number:   23-00177-JFH-SH

Gentner Drummond, et al.,
                                    Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Amici curiae who are professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination in support of plaintiffs' challenge to Oklahoma Senate Bill 613.

June 12, 2023                                                   /s/ Elizabeth Reinhardt
Date                                                            Signature

Type of Appointment:   ☐ Retained   ☑ CJA        Elizabeth Reinhardt
                                                 Print Name

                       ☐ FPD   ☑ Pro Bono   ☐ Pro Se   Cooley LLP
                                                       Firm Name

                                                       1299 Pennsylvania Ave NW
                                                       Mailing Address

N/A 707645 (MA)                                        Washington              DC     20004
Oklahoma State Bar Number (If Applicable)              City                    State  Zip Code

ereinhardt@cooley.com                                  (202) 842-7800          (202) 842-7899
e-mail address                                         Phone Number            Fax Number

## Certificate of Service

I hereby certify that on  06/12/2023  , I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that  June 12, 2023  (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Elizabeth Reinhardt
Signature