UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,
                                Plaintiff(s)

vs.                                                          Case Number:   23-00177-JFH-SH

Gentner Drummond, et al.,
                                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Amici curiae who are professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination in support of plaintiffs' challenge to Oklahoma Senate Bill 613.

| | |
|---|---|
| June 12, 2023 | /s/ Zoë Helstrom |
| Date | Signature |
| Type of Appointment: ☐ Retained  ☐ CJA | Zoë Helstrom |
| ☐ FPD  ☑ Pro Bono  ☐ Pro Se | Print Name |
| | Cooley LLP |
| | Firm Name |
| | Three Embarcadero Center, 20th Floor |
| | Mailing Address |
| N/A 339093 (CA) | San Francisco        CA      94111 |
| Oklahoma State Bar Number (If Applicable) | City        State    Zip Code |
| zhelstrom@cooley.com | (415) 693-2000      (415) 693-2222 |
| e-mail address | Phone Number    Fax Number |

## Certificate of Service

I hereby certify that on ___06/12/23___, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that ___June 12, 2023___ (Date), I served the same document by:

☐ U.S. Postal Service                     ☐ In Person Delivery

☐ Courier Service                          ☒ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Zoë Helstrom
Signature