UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,
                              Plaintiff(s)

vs.                                                         Case Number:  23-00177-JFH-SH

Gentner Drummond, et al.,
                              Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Amici curiae who are professors of law, medicine, and public health who teach and write about biomedical ethics and health-related rights and discrimination in support of plaintiffs' challenge to Oklahoma Senate Bill 613.

| | |
|---|---|
| June 12, 2023 | /s/ Julie Veroff |
| Date | Signature |
| Type of Appointment: ☐ Retained ☐ CJA ☐ FPD ☑ Pro Bono ☐ Pro Se | Julie Veroff |
| | Print Name |
| | Cooley LLP |
| | Firm Name |
| | Three Embarcadero Center, 20th Floor |
| | Mailing Address |
| N/A 310161 (CA) | San Francisco         CA         94111 |
| Oklahoma State Bar Number (If Applicable) | City         State         Zip Code |
| jveroff@cooley.com | (415) 693-2000         (415) 693-2222 |
| e-mail address | Phone Number         Fax Number |

## Certificate of Service

I hereby certify that on  06/12/2023  , I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that  June 12, 2023  (Date), I served the same document by:

☐ U.S. Postal Service  ☐ In Person Delivery

☐ Courier Service  ☑ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Julie Veroff
Signature