UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, *et al.*, <br>         *Plaintiffs,* <br> v. <br> GENTNER F. DRUMMOND, *et al.* <br>         *Defendants.* | No.  23-cv-00177-JFH-SH |

**DEFENDANTS 15-53'S UNOPPOSED MOTION FOR LEAVE
TO FILE OVERSIZED RESPONSE TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7-1(d), Defendants 15-53 ("State Defendants") respectfully move this Court for leave to file a Response to Plaintiffs' Motion for Preliminary Injunction, Doc. 6, in excess of the applicable page limitation by five (5) pages. In support, State Defendants state as follows:

   1.  On May 2, 2023, Plaintiffs filed their twenty-five (25) page Motion for Preliminary Injunction, Doc. 6, attaching sixteen (16) exhibits, including five (5) declarations from proposed expert witnesses, five (5) declarations from minor Plaintiffs, and five (5) declarations from parent Plaintiffs. The sixteen exhibits total over 239 pages.

   2.  State Defendants' response to Plaintiffs' Motion for Preliminary Injunction is due June 16, 2023. *See* Doc. 47.

   3.  State Defendants' request is made in good faith. This case is highly significant to the State, and Plaintiffs' injunction materials are lengthy. A 30-page brief would allow State Defendants to provide more complete briefing on the complex constitutional issues, as well as respond to Plaintiffs' lengthy filing, for the benefit of the Court.

   4.  Plaintiffs' Counsel has been contacted regarding this request for an additional five pages and Plaintiffs do not oppose the relief requested.

## **RELIEF REQUESTED**

For these reasons, Defendants 15-53 respectfully request leave to file a Response to Plaintiffs' Motion for Preliminary Injunction, Doc. 6, in excess of the applicable page limitation by five (5) pages—or not to exceed thirty (30) pages total.

Respectfully submitted,

*s/ Audrey A. Weaver*
GARRY M. GASKINS, II, OBA #20212
  *Solicitor General*
ZACH WEST, OBA #30768
  *Director of Special Litigation*
AUDREY A. WEAVER, OBA #33258
WILL FLANAGAN, OBA #35110
  *Assistant Solicitors General*
OFFICE OF ATTORNEY GENERAL
 STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:   (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Audrey.Weaver@oag.ok.gov
William.Flanagan@oag.ok.gov
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2023, I electronically filed the foregoing instrument with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

s/ <i>Audrey A. Weaver</i><br>
Audrey A. Weaver