# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.   Case Number:

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

_____   _____
Date                           Signature

Type of Appointment:  ☐ Retained   ☐ CJA

                      ☐ FPD   ☐ Pro Bono   ☐ Pro Se

_____
Print Name

_____
Firm Name

_____
Mailing Address

_____
Oklahoma State Bar Number (If Applicable)    City    State    Zip Code

_____
e-mail address                                Phone Number    Fax Number

## Certificate of Service

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service    ☐ In Person Delivery

☐ Courier Service    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature