IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-CV-00177-JFH-SH |
| | ) |
| GENTNER DRUMMOND, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS OU MEDICINE, INC. & DR. RICHARD LOFGREN'S MOTION TO DISMISS

Defendants 54–55 OU Medicine, Inc. ("OU Medicine) and Dr. Richard Lofgren (in his official capacity as President and Chief Executive Officer of OU Health) ("Dr. Lofgren") (together, "OU Health") respectfully move the Court for an Order dismissing Count II (the sole claim asserted against Dr. Lofgren) and Count IV (the sole claim asserted against OU Medicine) of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

In the interests of judicial efficiency and to avoid duplicative briefing for the Court to review, OU Health hereby joins and adopts by reference the arguments in the Motion to Dismiss filed by Defendants 15-53 (the "Motion") pursuant to Fed. R. Civ. P. 10(c). *See also Nat'l Ass'n of Forensic Counselors, Inc. v. Narconon Int'l*, CIV-14-187-RAW, 2015 WL 5157538, at *1 (E.D. Okla. Sept. 2, 2015) (allowing incorporation by reference of a co-defendant's arguments in a motion to dismiss). While OU Health adopts the Motion in its entirety, OU Health specifically adopts the arguments in Sections IV and V of the Motion as they relate to claims regarding Senate Bill 3 and the Hospital Defendants. [Doc 80, p. 21–25.]

Respectfully submitted this 16th day of June, 2023.

/s/ *J. Craig Buchan*
J. Craig Buchan, OBA No. 19420
MCAFEE & TAFT
A Professional Corporation
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 587-0000
Facsimile: (918) 599-9317
craig.buchan@mcafeetaft.com

and

Ronald T. Shinn Jr., OBA No. 19569
Jennie Mook, OBA No. 34727
MCAFEE & TAFT
A Professional Corporation
Two Leadership Square, 8th Floor
211 N. Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ron.shinn@mcafeetaft.com
jennie.mook@mcafeetaft.com

*Counsel for Defendants 54 & 55*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Megan Lambert, OBA # 33216
American Civil Liberties Union
Foundation of Oklahoma
P.O. Box 13327 Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org

Chase Strangio
Harper Seldin
American Civil Liberties Union Foundation
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
cstrangio@aclu.org
hseldin@aclu.org

Laura J. Edelstein
Jenner & Block LLP
455 Market Street, Suite 2100
San Francisco, CA 94105
(628) 267-6800
LEdelstein@jenner.com

Luke C. Platzer
Madeleine V. Findley
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
LPlatzer@jenner.com

Lauren M. Greene
Blaine R. Valencia
Jenner & Block LLP
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071-2246
(213) 239-5100
LGreene@jenner.com
Lillian M. McGuire

BValencia@jenner.com

Omar Gonzalez-Pagan
Lambda Legal Defense
and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

Shelly L. Skeen
Lambda Legal Defense
and Education Fund, Inc.
Oak Lawn Ave, Ste. 500
Dallas, TX 75219
(214) 219-8585
sskeen@lambdalegal.org

Sasha Buchert
Lambda Legal Defense
and Education Fund, Inc.
1776 K Street, N.W., 8th Floor
Washington, DC 20006
(202) 804-6245
sbuchert@lambdalegal.org

Remi Jaffre
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
RJaffre@jenner.com

Jocelyn Sitton
Daniel L. Robertson
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
LMcGuire@jenner.com
JSitton@jenner.com
DRobertson@jenner.com

                                              */s/ J. Craig Buchan*
                                              J. Craig Buchan