# Exhibit 6

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> GENTNER DRUMMOND, *et al.*, <br><br> *Defendants.* | No. 23-CV-00177-JFH-SH |

## DECLARATION OF ZOE HAWES

I, Zoe Hawes, declare the following:

1. I am a 24-year-old wife and mother who would have been deprived of motherhood if, as a traumatized teenager looking for a quick fix to relieve my pain, I could have afforded medical and surgical gender transition procedures.

2. I was born and raised in Oklahoma, and I have lived there most of my life. I currently live in Lawton, Oklahoma.

3. A series of traumatic events, including my parents' divorce when I was eight years old, my mother's mental health struggles, including her suicide attempts, and being molested by a classmate at school, left me with significant mental health problems by the age of 15.

1

4. I was diagnosed with major depression, anxiety, complex PTSD and Obsessive-Compulsive Disorder by different doctors at mental hospitals. I saw several therapists and psychiatrists.

5. When I was 16 years old, I was attracted to women and began researching the LGBTQ community online. I came across a book, "Some Assembly Required," which was a memoir of a female-to-male transgender young person. I was extremely depressed at the time and immediately resonated with the young person's story. It became the explanation I clung to for the pain in my life.

6. My mom found a gender therapist in Norman, Oklahoma who did the bare minimum required to be able to write a letter approving me for hormones. I saw her for three months in Norman, but she asked me very few questions. I was desperate to get the hormones, so I was willing to say anything to get the letter. The gender therapist diagnosed me with gender dysphoria and encouraged me to pursue medical transition.

7. Once I received the letter from the gender therapist, an endocrinologist, who officed in Oklahoma City, Oklahoma and Stillwater, Oklahoma when I was a patient, prescribed testosterone for me at age 16 with my mom's consent. At first, my mother did not know what to think, but I was so suicidal that she was willing to go along.

8. I was on testosterone for nearly four years in total. At age 16, I was absolutely convinced that I was a male in a female body, and that transitioning from female to male was the only thing that would bring me peace.

9. After I began testosterone injections, my body started to masculinize pretty quickly. I developed a more male musculature. My hips seemed narrower. My jaw seemed

more angular. Facial hair grew. Every change in my body that made me appear more masculine made me euphoric. I was quickly able to present socially as male without people recognizing I had been born female.

10. I also became angrier and developed debilitating anxiety while on testosterone. I felt tired and gained a lot of weight. My mental health was negatively affected by the testosterone. The initial euphoria would wear off and I would still have the same problems.

11. I was introduced to the LGBTQ community. I joined an LGBTQ group for young people in Oklahoma City, where I was "love bombed" and affirmed in my new identity. The group encouraged me to cut off anyone who did not affirm my male identity, new name, and new pronouns. I followed that advice and became estranged from my father and his family, who would not affirm the male identity. I did not talk to my father's family for over four years.

12. I was also binding my breasts, which was causing chest pain and headaches.

13. My mental health was terrible while I was on testosterone. I was hospitalized six times in Oklahoma, while on testosterone and in each case the doctors affirmed my male identity. I was also in outpatient programs in Oklahoma multiple times. In 2018, I tried to commit suicide and was again hospitalized in Oklahoma. Finally, I began to do the inner work I needed to do to start to heal.

14. At age 20, I stopped taking testosterone and my body began to regain its female characteristics. I am no longer on any mental health medications or receiving therapy. I believe the gender dysphoria was brought on by trauma and culture – by people and medical

3

professionals encouraging me to believe that becoming a man was an option and transitioning would bring me peace.

15. I reconciled with my father's family, who remained an anchor to reality and affirmed me as the woman that I am, and who have helped me on the long journey to learn what it means to be a woman, a daughter, and now a wife and mother.

16. At the time that I was taking testosterone, between ages 16 and 20, I desperately wanted gender transition surgeries. I wanted a double mastectomy because I was binding and it was very uncomfortable, so much so that I once had threatened to take a knife to my chest. I also wanted a hysterectomy because at that age I did not want to have to worry about periods or ever getting pregnant.

17. The only reason I did not get the surgeries was that I did not have the money to pay for them. Otherwise, I absolutely would have had them, and would have never found the peace with my female body I now enjoy and would not be able to experience being a mother or breastfeeding my son.

18. Gender transition procedures amount to a false chemical or surgical promise – that these chemicals or surgery will bring lasting peace to what is truly causing body dysphoria. This would mask a great deal of mental illness. It would likely result in increased suicides, as these treatments almost did to me.

19. By not having surgeries, I was saved, as was my future child. I still struggle with imbalanced hormones, hormonal acne, painful and irregular menstrual cycles, and I still have to shave my face daily due to the irreversible effects of testosterone. SB613 protects children from the harmful treatments I suffered through, the lingering problems I still face today, and

many severe, permanent changes I barely escaped. Prohibitions on gender transition procedures for minors will save lives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2023.

*Zoe Hawes*
Zoe Hawes