# Exhibit 7

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

PETER POE, *et al.*,

                *Plaintiffs,*

v.

GENTNER DRUMMOND, *et al.*,

                *Defendants.*

No. 23-CV-00177-JFH-SH

## AFFIDAVIT OF AETHER DIXON

I, Aether Dixon, declare as follows:

1. I am over the age of 18 and not a party to this action. I have actual knowledge of the following facts and if called upon to testify to them could and would do so competently. I am submitting this Affidavit in support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction.

2. I am 20 years old and presently a resident of Austin, Texas. However, I was born and raised in Healdton, Oklahoma, a small town just west of Ardmore, in Carter County.

3. I was gender non-conforming while growing up and was bullied at school.

4. From the time that I was a small child I experienced sexual trauma, initially from a family friend, a girl a few years older than me, and later from other girls. The abuse went on for many years. It is one of my earliest childhood memories.

5. I did not have good role models growing up. Looking back now, I realize that I was being groomed online during my pre-teen and teenage years. I also binge-watched a lesbian YouTuber and watched her come out as trans. This was when I was 12 years old, and it was my introduction to being trans.

6. I initially identified as non-binary and came out to my family. I later identified as male in part due to backlash to coming out as non-binary. I fully socially transitioned to a male identity at age 13.

7. Around the time I began socially transitioning my parents were also going through a divorce. My mom had primary custody, but I lived with my aunt, who was my caregiver. After my parents' divorce, I attempted to visit with my father, but it was a turbulent and stressful relationship. He had been physically abusive when I was young.

8. My family members, including my aunt, were supportive of my gender identity.

9. I was having dysphoria about my body, particularly my chest. I was wearing my chest binder constantly, even to sleep in. I only took it off to shower. It caused me chest and back pain and I became accustomed to being out of breath.

10. Beginning at age 12 or 13, I began begging my mother to get puberty blockers. She refused even though I was constantly asking for them. My mother had some medical experience and knew some of the problems with puberty blockers and so would not agree with my request. I am now grateful that I was not given access to these treatments.

11. I first saw a gender therapist at a gender clinic in Oklahoma City at age 16. The therapist identified as non-binary and said that she was not going to question me about my gender identity because I had been identifying as trans for long enough. At the time I appreciated her unquestioning affirmation, but in hindsight I realize that was not the best thing for me.

12. The therapist did not do a psychologist evaluation or testing. She never went deeper to determine why I was experiencing dysphoria. She also never talked about my extensive childhood sexual abuse. There were so many things that contributed to my dysphoria that were just never looked into by the therapist or other professionals.

13. I was prescribed testosterone at age 17 by a doctor in Oklahoma City who specialized in hormone therapy. He asked if I had seen a therapist for my gender dysphoria, but did not ask for a letter of support or a referral. I was prescribed testosterone on the first visit.

14. It took a lot of convincing to get my mother to agree to testosterone, but I was determined. My mother ultimately consented to the testosterone prescription because the therapist told her that I would commit suicide if my mother did not agree. The therapist told my mother in front of me "Do you want a dead daughter or living son?" I never used this as a way to get testosterone until a professional said this in front of me. Thereafter I began to use the threat of suicide to pressure my mother to consent to giving me testosterone.

15. I was not instructed how to administer the testosterone. I found out from someone I knew but did not know the proper needle to use for the injections, which I administered myself subcutaneously.

16. I was provided only cursory information about side effects of testosterone. The doctor asked me if I knew what were the effects of testosterone. I told him the list of effects that I knew and he just added vaginal atrophy.

17. Initially, the testosterone offered the secondary sex changes that I wanted at the time – I liked that my voice was lowered, I lost weight, I had a more masculine figure and built more muscle mass. I felt happiness for a time, which came with greater ability to do things, seeing my body change, not appearing as feminine and getting slimmer as a result of taking the testosterone.

18. However, those positive effects were short-lived, as the testosterone put my body through the wringer. My body began to experience excruciating pain. It felt like all my joints were being pulled apart.

19. While I was taking testosterone I was diagnosed with a cardiovascular disorder – postural orthostatic tachycardia syndrome (POTS). As part of this condition, when I did any quick movements my heart rate would not keep up and so I would become light-headed, pass out or begin to pass out, and my vision would briefly go out when I stood up.

20. I was also suffering other physical effects from the testosterone. My veins became enlarged so that it was hard to wear shoes. I suffered from vaginal atrophy, which made my vaginal area painful, including after sexual activity. I suffered hair loss to the extent I now have a reduced hair line.

21. My mental health was drastically worse when I was on testosterone. This became very noticeable after around six months on the testosterone. It became much harder to regulate my emotions. I felt very disconnected and had a difficult time regulating my reactions to the circumstances. I also felt a lot a rage. It was on par with what I had heard and I observed with another person with whom I had an intimate relationship who was also taking steroids. The rage led to a toxic relationship with my partner.

22. I did not really want to address these effects of testosterone because I was scared the doctor would stop the prescription. I was more concerned about staying on testosterone than I was about my health. I realize now that I was idolizing the physical changes the testosterone was giving me and was afraid to lose them.

23. I initially wanted to get a double mastectomy, but by the time I was 18 and learned more about it, I decided that it would be too gruesome.

24. I began to detransition shortly before turning 20. It was a process. I stopped taking testosterone, but continued to identify as male for a time. I began to feel more comfortable with my body during sex as I got older. I began to question why I was uncomfortable with my sex in other contexts and thereafter began to go through a process of becoming more comfortable with my natal sex.

25. Some of the changes to my body began to revert when I stopped taking testosterone. However, many have not. I continue to deal with the effects. The joint pain got better for a period after I stopped taking testosterone, but it has since gotten worse. The cardiovascular effects are better but still continuing. The vaginal atrophy, and resulting pain, continue as well. And the veins in my hands and feet remain enlarged.

26. Some of the changes are irreversible, including hair loss on my head, hair growth on my face and body, and the lower voice. I don't know whether the testosterone has affected my fertility. I will eventually have to find out if I can ever have children.

27. I am now fully detransitioned. I recognize that I am a female and also embrace that. I recognize now it is not possible to change your sex.

28. I have finally begun to receive the psychological therapy that I needed to help with my childhood trauma and other mental health issues. I am currently receiving therapy daily as part of an intensive five-week program that is helping me deal with my trauma and troubling experiences. I have gained skills that are enabling me react appropriately to triggers and negative emotions.

29. Had I been able to receive such therapy when I was in my teens I would have been spared the pain and irreversible effects of medically transitioning.

30. That is one reason why Oklahoma's SB 613 is such a critical law. If it had been in place and prohibited the treatments I received, then I would have sought out other more effective treatments for my trauma and body dysphoria.

31. Also, had SB 613 been in place when I was teenager in Oklahoma, then my mother would not have been coerced into approving the medical treatments against her better judgment. The law takes away from healthcare professionals the ability to prescribe puberty blockers and testosterone. That means they cannot threaten parents, like they did my mother, that if their children do not receive the treatments they will commit suicide. No parent should be coerced into disregarding their instincts with statements like "Do you want a dead daughter or a live son."

32. Minors should not have access to these treatments. I should not have. I say this despite the fact that just a few years ago I thought I needed these treatments to live and I was terrified to lose having them. As a young teen, identifying as trans became such an integral part of my identity that it became extraordinarily hard to step away from it. Minors cannot fully understand the effects of the treatments, especially the long-term effects, even if they were provided to them. SB 613 protects Oklahoma's vulnerable kids and young people.

33. SB 613 is a much needed law that will save Oklahoma's families pain and heartbreak. I encourage the Court to uphold this law.

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 15, 2023

*Aether Dixon*
Aether Dixon