IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, et al., *Plaintiffs*, v. GENTNER DRUMMOND, et al., *Defendants*. | Case No. 23-CV-00177-JFH-SH |

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY TO DEFENDANTS 15-53'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to LCvR7-1(d),(f) of the Northern District of Oklahoma, Plaintiffs respectfully request leave to file an oversized Reply to Defendants 15-53's Response to Plaintiffs' Motion for Preliminary Injunction (Doc. 86) in excess of ten (10) pages by five (5) pages, not to exceed fifteen (15) pages. In support of this Motion, Plaintiffs state:

1. On June 16, 2023, Defendants 15-53 filed their thirty (30) page Response to Plaintiffs' Motion for Preliminary Injunction with seven (7) attached declarations (Doc. 86).

2. Plaintiffs' Reply to Defendants 15-53's Response to Plaintiffs' Motion for Preliminary Injunction is due July 10, 2023. *See* Doc. 42.

3. A 15-page brief would allow Plaintiffs to more fully address the arguments presented by the State Defendants and provide this Court with better clarity on the relevant issues.

4. Counsel for Defendants 15-53 does not oppose Plaintiffs' request for an additional five (5) pages.

For these reasons, Plaintiffs respectfully request leave to file an oversized Reply to Defendants 15-53's Response to Plaintiffs' Motion for Preliminary Injunction (Doc. 86), not to exceed fifteen (15) pages.

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I electronically filed the foregoing Motion for Leave to File an Oversized Reply to Defendants 15-53's Response to Plaintiffs' Motion for Preliminary Injunction with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

*Counsel for Plaintiffs*