# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

    Plaintiff(s)

vs.

Case Number: 4:23-cv-00177-JFH-SH

Gentner Drummond, et al.,

    Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: William R. Isasi

2. State bar membership number: 470878 (D.C.)

3. Business address, telephone and fax numbers: OneCity Center, 850 Tenth St., NW
   Washington, DC 20001
   Telephone: (202) 662-5102, Fax: (202) 778-5102

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   D.C. Bar; New York Bar; E.D. Ark.; U.S. Ct. Int'l Trade; Fed. Cir.; U.S. Supreme Court.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

Signature: [signed]

William R. Isasi — 470878 (D.C.)
Printed Name — Bar Number

Covington & Burling LLP
Firm Name

OneCity Center, 850 Tenth St., NW
Address

Washington — DC — 20001
City — State — ZIP

(202) 662-5102 — (202) 778-5102
Phone — Fax

wisasi@cov.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): All attorneys of record

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service  ☐ In Person Delivery
☐ Courier Service  ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature