IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GENTNER DRUMMOND, et al.,<br><br>Defendants. | No. 4:23-cv-00177-JFH-SH |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local General Rule 4-3(b), Micheal Salem, a member in good standing of the Oklahoma Bar who is authorized to practice in this Court, hereby moves this Honorable Court for entry of an order admitting Emily Mondry ("Ms. Mondry") of Covington & Burling, LLP, to practice before the Court *pro hac vice* on behalf of the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American Medical Association, the American Pediatric Society, Association of Medical School

Pediatric Department Chairs, Inc., the Endocrine Society, the Oklahoma Chapter of the American Academy of Pediatrics, the National Association of Pediatric Nurse Practitioners, the Oklahoma Council of Child and Adolescent Psychiatry, the Pediatric Endocrine Society, the Societies for Pediatric Urology, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, and the World Professional Association for Transgender Health (collectively, "*Amici*") in the above-captioned matter. The undersigned counsel hereby certifies:

1. Ms. Mondry is a member in good standing of the Bar of the District of Columbia.

2. Attached to this motion is Ms. Mondry's completed Request for Admission *Pro Hac Vice* (Form AT-03).

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court enter an order granting Ms. Mondry leave to appear *pro hac vice* on behalf of *Amici* in this matter.

Dated: June 20, 2023

Respectfully submitted,

_____
Micheal Salem
SALEM LAW OFFICES
101 East Gray St., Suite C
Norman, OK 73069
Phone: (405) 366-1234
msalem@salemlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

_____
Micheal Salem