# EXHIBIT A

(Table of Information for *Amici Curiae* responsive to Form CV-24)

|  | Form CV-24 Part I | | | Form CV-24 Part II |
|---|---|---|---|---|
|  | Party is a corporation | State of Incorporation | Principal Place of Business |  |
| The American Academy of Pediatrics | X | Illinois | Illinois | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Academic Pediatric Association | X | District of Columbia | Virginia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The American Academy of Child & Adolescent Psychiatry | X | Delaware | District of Columbia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| American Academy of Family Physicians | X | Illinois | Kansas | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The American Academy of Nursing | X | District of Columbia | District of Columbia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality | X | California | District of Columbia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The American College of Obstetricians and Gynecologists | X | Illinois | District of Columbia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The American College of Osteopathic Pediatricians | X | Illinois | Virginia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The American College of Physicians | X | Delaware | Pennsylvania | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The American Medical Association | X | Illinois | Illinois | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The American Pediatric Society | X | New York | Texas | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Association of Medical School Pediatric Department Chairs, Inc. | X | Delaware | Virginia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Endocrine Society | X | District of Columbia | District of Columbia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Oklahoma Chapter of the American Academy of Pediatrics | X | Oklahoma | Oklahoma | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |

| | | | | |
|---|---|---|---|---|
| The National Association of Pediatric Nurse Practitioners | X | Ohio | New York | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Oklahoma Council of Child and Adolescent Psychiatry | X | Oklahoma | Oklahoma | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Pediatric Endocrine Society | X | Illinois | Virginia | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Societies for Pediatric Urology | X | Massachusetts | Massachusetts | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Society for Adolescent Health and Medicine | X | California | Illinois | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Society for Pediatric Research | X | Ohio | Texas | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The Society of Pediatric Nurses | X | Delaware | Illinois | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |
| The World Professional Association for Transgender Health | X | Illinois | Illinois | Not publicly held, has no parents / subsidiaries, or any other ownership / relationships described in Part II |