# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

      Plaintiff(s)

vs.

Gentner Drummond, et al.,

      Defendant(s)

Case Number: 4:23-cv-00177-JFH-SH

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Brian W. Barnes
2. State bar membership number: 1018419 (D.C.)
3. Business address, telephone and fax numbers: 1523 New Hampshire Ave. NW Washington, DC 20036
   202-220-9600; fax 202-220-9601
4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See attached addendum
5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No
6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

Signature: /s/ Brian W. Barnes

Printed Name: Brian W. Barnes

Bar Number: 1018419 (D.C)

Firm Name: Cooper & Kirk PLLC

Address: 1523 New Hampshire Ave. NW

City: Washington   State: DC   ZIP: 20036

Phone: 202-220-9600   Fax: 202-220-9601

Email Address: bbarnes@cooperkirk.com

## CERTIFICATE OF SERVICE

I hereby certify that on __June 27, 2023__ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): All Attorneys of Record

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Ryan Haynie
_____
Signature

## ADDENDUM – BRIAN W. BARNES BAR ADMISSIONS

| **State(s) of Admission:** |
|---:|
| State of Colorado |
| District of Columbia |
| |
| **U.S. District Court for the:** |
| District of Colorado |
| |
| **U.S. Court of Appeals for the:** |
| First Circuit |
| Second Circuit |
| Third Circuit |
| Fifth Circuit |
| Sixth Circuit |
| Seventh Circuit |
| Eighth Circuit |
| Ninth Circuit |
| Tenth Circuit |
| Eleventh Circuit |
| Federal Circuit |
| D.C. Circuit |
| |
| U.S. Court of Federal Claims |
| U.S. Supreme Court |