IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

     Plaintiffs,

        v.

GENTNER DRUMMOND, et al.,

     Defendants.

No. 4:23-cv-00177-JFH-SH

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local General Rule 4-3(b), Ryan Haynie, a member of good standing of the Oklahoma Bar who is authorized to practice in this Court, hereby moves this Honorable Court for entry of an order admitting David H. Thompson of Cooper & Kirk, PLLC, to practice before the Court *pro hac vice* on behalf of *amici* Do No Harm and the Oklahoma Council of Public Affairs. The undersigned counsel hereby certifies:

     1.     David H. Thompson is a member in good standing of the Bar of the District of Columbia.

     2.     Attached to this motion is David H. Thompson's completed Request for Admission *Pro Hac Vice* (Form AT-03).

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court enter an order granting David H. Thompson leave to appear *pro hac vice* on behalf of *amici* Do No Harm and the Oklahoma Council of Public Affairs in this matter.

2

Dated: June 27, 2023

Respectfully submitted,

/s/ Ryan Haynie
Ryan Haynie, OBA No. 32796
Oklahoma Council of Public Affairs
1401 N. Lincoln Blvd.,
Oklahoma City, OK, 73104
Tel: (405) 590-6070
ryan@ocpathink.org

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Ryan Haynie
Ryan Haynie