IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PETER POE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENTNER DRUMMOND, et al., <br><br> Defendants. | No. 4:23-cv-00177-JFH-SH |

**MOTION OF DO NO HARM AND OKLAHOMA COUNCIL OF PUBLIC AFFAIRS
TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS**

Proposed *Amici curiae*, Do No Harm and the Oklahoma Council of Public Affairs (OCPA), move for leave to file the attached *amicus* brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction. Proposed *Amici* have met and conferred with all parties regarding this motion, and the motion is unopposed.

**INTEREST OF PROPOSED *AMICI CURIAE***

Proposed *Amicus* Do No Harm is a diverse group of physicians, healthcare professionals, medical students, patients, and policymakers whose goal is to protect healthcare from a radical, divisive, and discriminatory ideology. Basing its name in the ethical underpinnings of the Hippocratic Oath, Do No Harm believes healthcare should be free from experimental procedures that place political agendas ahead of patient well-being.

Proposed *Amicus* OCPA is an organization dedicated to promoting the flourishing of the people of Oklahoma by advancing principles and policies that support free enterprise, limited government, individual initiative, and personal responsibility. OCPA believes it is important to protect children and families from medical treatments that are wholly unproven, that cause known harm, and that carry lifelong and irreversible consequences.

1

## ARGUMENT

District courts have broad discretion to allow participation of *amici curiae*. *See, e.g., Bayshore Ford Trucks Sales, Inc. v. Ford Motor Co.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006); *see also United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920 (S.D. Tex. 2007) ("No statute, rule, or controlling case defines a federal district court's power to grant or deny leave to file an amicus brief."). This Court has already exercised its discretion to permit several *amici* to submit briefs in this case. *See* Dkt. Nos. 72, 79. Collectively, Proposed *Amici* bring forth expertise regarding not only the medical and scientific evidence concerning the procedures at issue, but also the wellbeing and values of Sooner families and children. Proposed *Amici* Do No Harm and OCPA offer expertise and insight that would be helpful in considering the issues before the Court. Moreover, Proposed *Amici* met and conferred with all parties, and no party opposes this motion.

## CONCLUSION

For the foregoing reasons, the Court should grant this motion and allow Proposed *Amici* to file the attached brief.

Dated: June 27, 2023                                        Respectfully submitted,

/s/ Ryan Haynie

David H. Thompson (*pro hac vice* pending)   Ryan Haynie, OBA No. 32796
Peter A. Patterson (*pro hac vice* pending)  Oklahoma Council of Public Affairs
Brian W. Barnes (*pro hac vice* pending)     1401 N. Lincoln Blvd.,
John D. Ramer (*pro hac vice* pending)       Oklahoma City, OK 73104
COOPER & KIRK, PLLC                          Tel: (405) 590-6070
1523 New Hampshire Avenue, N.W.              ryan@ocpathink.org
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Amici Curiae Do No Harm and Oklahoma Council of Public Affairs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Ryan Haynie