# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

                Plaintiff(s)

vs.

                Case Number: 4:23-cv-00177-JFH-SH

GENTNER DRUMMOND, et al.,

                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Amici Do No Harm and the Oklahoma Council of Public Affairs.

---

July 5, 2023
Date

Type of Appointment: ☐ Retained  ☐ CJA  ☐ FPD  ☐ Pro Bono  ☐ Pro Se

Oklahoma State Bar Number (If Applicable)

dthompson@cooperkirk.com
e-mail address

/s/ David H. Thompson
Signature

David H. Thompson
Print Name

Cooper & Kirk PLLC
Firm Name

1523 New Hampshire Ave. NW
Mailing Address

Washington      DC      20036
City            State   Zip Code

(202) 220-9600      (202) 220-9601
Phone Number        Fax Number

## Certificate of Service

I hereby certify that on  07/05/2023   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service       ☐ In Person Delivery

☐ Courier Service           ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ David H. Thompson
Signature