# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

                Plaintiff(s)

vs.                                         Case Number: 4:23-cv-00177-JFH-SH

Gentner Drummond, et al.,

                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

    See attached Exhibit A for list of amici curiae.

---

**Date:** July 5, 2023

**Type of Appointment:** ☐ Retained  ☐ CJA  ☐ FPD  ☑ Pro Bono  ☐ Pro Se

**Oklahoma State Bar Number (If Applicable):**

**e-mail address:** clannin@cov.com

**Signature:** /s/ Cortlin H. Lannin

**Print Name:** Cortlin H. Lannin

**Firm Name:** Covington & Burling LLP

**Mailing Address:** Salesforce Tower, 415 Mission St., Suite 5400

**City:** San Francisco  **State:** CA  **Zip Code:** 94105

**Phone Number:** (415) 591-7078  **Fax Number:** (415) 591-6091

## Certificate of Service

I hereby certify that on  07/05/2023  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

   All current ECF participants

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

*/s/ Cortlin H. Lannin*
Signature

# EXHIBIT A

(List of *Amici Curiae*)

The American Academy of Pediatrics ("AAP");

The Academic Pediatric Association ("APA");

The American Academy of Child & Adolescent Psychiatry ("AACAP");

American Academy of Family Physicians ("AAFP");

The American Academy of Nursing ("AAN");

The American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA");

The American College of Obstetricians and Gynecologists ("ACOG");

The American College of Osteopathic Pediatricians ("ACOP");

The American College of Physicians ("ACP");

The American Medical Association ("AMA");

The American Pediatric Society ("APS");

The Association of Medical School Pediatric Department Chairs, Inc. ("AMSPDC");

The Endocrine Society ("ES");

The Oklahoma Chapter of the American Academy of Pediatrics ("OKAAP");

The National Association of Pediatric Nurse Practitioners ("NAPNAP");

The Oklahoma Council of Child and Adolescent Psychiatry ("OKCCAP");

The Pediatric Endocrine Society ("PES");

The Societies for Pediatric Urology ("SPU");

The Society for Adolescent Health and Medicine ("SAHM");

The Society for Pediatric Research ("SPR");

The Society of Pediatric Nurses ("SPN"); and

The World Professional Association for Transgender Health ("WPATH")

(collectively, "*amici*").