# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

                Plaintiff(s)

vs.                                                                        Case Number: 4:23-cv-00177-JFH-SH

GENTNER DRUMMOND, et al.,

                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

    Amici Do No Harm and the Oklahoma Council of Public Affairs.

---

Date: July 5, 2023

Type of Appointment: ☐ Retained ☐ CJA ☐ FPD ☐ Pro Bono ☐ Pro Se

Oklahoma State Bar Number (If Applicable): 

e-mail address: ppatterson@cooperkirk.com

Signature: /s/ Peter A. Patterson

Print Name: Peter A. Patterson

Firm Name: Cooper & Kirk PLLC

Mailing Address: 1523 New Hampshire Ave. NW

City: Washington    State: DC    Zip Code: 20036

Phone Number: (202) 220-9600    Fax Number: (202) 220-9601

## Certificate of Service

I hereby certify that on  07/05/2023  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service            ☐ In Person Delivery

☐ Courier Service                ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Peter A. Patterson
Signature