# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                    Case Number:

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

_____          */s/ Yuval Mor*
Date                                                          Signature

Type of Appointment:   ☐ Retained   ☐ CJA
                                                                    Print Name

                       ☐ FPD   ☐ Pro Bono   ☐ Pro Se
                                                                    Firm Name

                                                                    Mailing Address

_____
Oklahoma State Bar Number (If Applicable)           City                    State    Zip Code

_____
e-mail address                                      Phone Number            Fax Number

## Certificate of Service

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service              ☐ In Person Delivery

☐ Courier Service                  ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Emily Mondry
Signature

# EXHIBIT A

(List of *Amici Curiae*)

The American Academy of Pediatrics ("AAP");

The Academic Pediatric Association ("APA");

The American Academy of Child & Adolescent Psychiatry ("AACAP");

American Academy of Family Physicians ("AAFP");

The American Academy of Nursing ("AAN");

The American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA");

The American College of Obstetricians and Gynecologists ("ACOG");

The American College of Osteopathic Pediatricians ("ACOP");

The American College of Physicians ("ACP");

The American Medical Association ("AMA");

The American Pediatric Society ("APS");

The Association of Medical School Pediatric Department Chairs, Inc. ("AMSPDC");

The Endocrine Society ("ES");

The Oklahoma Chapter of the American Academy of Pediatrics ("OKAAP");

The National Association of Pediatric Nurse Practitioners ("NAPNAP");

The Oklahoma Council of Child and Adolescent Psychiatry ("OKCCAP");

The Pediatric Endocrine Society ("PES");

The Societies for Pediatric Urology ("SPU");

The Society for Adolescent Health and Medicine ("SAHM");

The Society for Pediatric Research ("SPR");

The Society of Pediatric Nurses ("SPN"); and

The World Professional Association for Transgender Health ("WPATH")

(collectively, "*amici*").