# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

PETER POE, et al.,

                Plaintiff(s)

vs.

                Case Number: 4:23-cv-00177-JFH-SH

GENTNER DRUMMOND, et al.,

                Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Amici Do No Harm and the Oklahoma Council of Public Affairs.

| | |
|---|---|
| July 5, 2023 | /s/ Brian W. Barnes |
| Date | Signature |
| Type of Appointment: ☐ Retained ☐ CJA | Brian W. Barnes |
| | Print Name |
| ☐ FPD ☐ Pro Bono ☐ Pro Se | Cooper & Kirk PLLC |
| | Firm Name |
| | 1523 New Hampshire Ave. NW |
| | Mailing Address |
| | Washington                      DC    20036 |
| Oklahoma State Bar Number (If Applicable) | City                               State   Zip Code |
| bbarnes@cooperkirk.com | (202) 220-9600    (202) 220-9601 |
| e-mail address | Phone Number      Fax Number |

## Certificate of Service

I hereby certify that on 07/05/2023 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

All attorneys of record.

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service             ☐ In Person Delivery

☐ Courier Service                 ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

/s/ Brian W. Barnes
Signature