UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Peter Poe, et al | | |
| | Plaintiff, | Case No.: 23-CV-177-JFH-SH |
| vs. | | Date: 7/18/23 |
| | | Court Time: 9:00-9:10 |
| Gentner Drummond, et al | | |
| | Defendant(s). | **MINUTE SHEET – STATUS CONFERENCE** |

John F. Heil III, Chief U.S. District Judge    P. Lynn, Deputy Clerk    Laura Griffin, Court Reporter

Counsel for Plaintiff:   Harper Seldin, Laura Edelstein, Megan Lambert
Counsel for Defendant:  Garry Gaskins, Ronald Shinn, Jennie Mook

MINUTES:  Case called for status conference.

Defendant's motion to strike or file surreply (Dkt No 123) addressed and defendants granted 21 days to file surreply to motion for preliminary injunction (Dkt No 5).

7/25/23 hearing stricken pending surreply, to be reset if needed.