UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Peter Poe, et al.,

           Plaintiff,

vs.               Case No.: 4:23-cv-00177-JFH-SH

Gentner Drummond, et al.,

           Defendant.

DISCLOSURE STATEMENT

**"PARTY" DEFINED:** Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action.

Pursuant to Fed. R. Civ. P. 7.1 and LCvR7.1-1:

Do No Harm and Oklahoma Council of Public Affairs *amici curiae* listed in Exhibit A

*[enter name of party on the line above]*

who is a (check one)  ☐ PLAINTIFF  ☐ DEFENDANT  ☒ OTHER: *Amici Curiae*

in this action, makes the following disclosures:

**INSTRUCTIONS:**
1. Determine which part(s) of the form apply:
   - Part I is applicable in all cases and must be completed by all parties.
   - Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.
2. Check the applicable box or boxes, and fully provide any required information.
3. Attach separate pages as necessary to fully provide required information.

## PART I

☐  This party is an individual who is a citizen of the state of _____.

☒  This party is a corporation incorporated in *See* Attached Exhibit A and with a principal place of business in *See* Attached Exhibit A.

☐  This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

   If yes, identify the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐  This party is a trust.

   If yes, identify each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

**PART II**

☑ This party is not publicly held and has no parents/subsidiaries, or any other ownership/relationships described below.

☐ This party is publicly held.

☐ This party has one or more parent entities.

    If yes, identify all parent entities, including grandparent and great-grandparent entities.

☐ This party has one or more subsidiaries.

    If yes, identify all subsidiaries.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners.

☐ Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

    If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐ This party is a trade association.

    If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐ This party is a trust.

    If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this  20th  day of  July , 20 23 .

Signature: /s/ David H. Thompson
Printed Name: David H. Thompson
Bar Number: 450503 (D.C.)
Firm Name: Cooper & Kirk, PLLC
Address: 1523 New Hampshire Ave. NW
City, State, Zip Code: Washington, DC 20036
Phone/Fax: 202-220-9600

Email Address:  dthompson@cooperkirk.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____July 20, 2023_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): All Counsel of Record

I hereby certify that on _____ (Date), I served the same document by

    U.S. Postal Service           In Person Delivery

    Courier Service              E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ David H. Thompson
Signature