# EXHIBIT A

(Table of Information for *Amici Curiae* responsive to Form CV-24)

|  | Form CV-24 Part I | | | Form CV-24 Part II |
|---|---|---|---|---|
|  | **Party is a corporation** | **State of Incorporation** | **Principal Place of Business** |  |
| Do No Harm | X | Virginia | Virginia | - Not publicly held<br>- No parents or subsidiaries<br>- No other ownership or relationships described in Part II |
| Oklahoma Council of Public Affairs | X | Oklahoma | Oklahoma | - Not publicly held<br>- No parents or subsidiaries<br>- No other ownership or relationships described in Part II |