UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

PETER POE, *et al.*,

    *Plaintiffs,*

v.

GENTNER F. DRUMMOND, *et al.*,

    *Defendants.*

No. 23-cv-00177-JFH-SH

## ERRATA/CORRECTION TO [DKT 135]

The Eleventh Circuit's opinion *Eknes-Tucker v. Governor of Alabama*, No. 22-11707, 2023 WL 5344981 (11th Cir. Aug. 21, 2023) was inadvertently not filed with [Dkt. 135] and has been attached to this filing as the correction.

    Respectfully submitted,

    *s/ Zach West*
    GARRY M. GASKINS, II, OBA #20212
      *Solicitor General*
    ZACH WEST, OBA #30768
      *Director of Special Litigation*
    AUDREY A. WEAVER, OBA #33258
    WILL FLANAGAN, OBA #35110
      *Assistant Solicitors General*
    OFFICE OF ATTORNEY GENERAL
     STATE OF OKLAHOMA
    313 N.E. 21st Street
    Oklahoma City, OK 73105
    Phone: (405) 521-3921
    Garry.Gaskins@oag.ok.gov
    Zach.West@oag.ok.gov
    Audrey.Weaver@oag.ok.gov
    William.Flanagan@oag.ok.gov
    *Counsel for Defendants 15-53*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 23rd August 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

                                                s/ *Zach West*
                                                Zach West