**OFFICE OF THE CLERK**

# UNITED STATES DISTRICT COURT

Mark C. McCartt
Clerk of Court

**Northern District of Oklahoma**
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Telephone (918) 699-4700
Fax (918) 699-4756

October 27, 2023

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:          Case No.:              23-cv-177-JFH-SH
                10th Circuit Case No.: 23-5110
                Plaintiff:             Peter Poe, et al.
                Defendant:             Gentner Drummond, et al.

Dear Clerk of Court,

Please be advised that the record on appeal is complete. Transcripts are not necessary or already filed for the purpose of appeal.

If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Mark C. McCartt, Clerk of Court

s/B. Conley

By: Brenda Conley, Case Administrator

cc: All counsel of record

AP-02 Appeal – Clerk's Record (8/2019)