**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

PETER POE, et al.,

       *Plaintiffs*,

       v.

GENTNER DRUMMOND, et al.,

       *Defendants*.

Case No.  23-CV-177-JFH-SH

<u>**NOTICE OF AGREEMENT AND JOINT MOTION TO STAY DISTRICT COURT
PROCEEDINGS**</u>

Plaintiffs Peter Poe, Paula Poe, Patrick Poe, Daphne Doe, Donna Doe, Brandon Boe, Bethany Boe, Benjamin Boe, Lydia Loe, Lauren Loe, Ryan Roe, Rachel Roe, and Richard Roe ("the Plaintiffs"); Defendants Oklahoma Attorney General Gentner Drummond, Members of the Oklahoma State Board of Medical Licensure and Supervision, Members of the Oklahoma Board of Nursing, and Members of the Oklahoma State Board of Osteopathic Examiners ("the State Defendants"); and Defendants University Hospitals Authority, Members of the Board of Directors for the University Hospitals Authority, Trustees of the University Hospitals Trust, OU Medicine, Inc., and  Richard Lofgren ("the Hospital Defendants") respectfully move the Court to stay proceedings during the pendency of the appeal to the Court of Appeals for the Tenth Circuit, and any subsequent petition by either party to the U.S. Supreme Court, with the exception of the Court's ruling on Defendants' pending Motions to Dismiss.  (ECF Nos. 80 and 82.)

In support of this Joint Motion, the Parties state as follows:

1.      On October 5, 2023, the Court denied Plaintiffs' Motion for Preliminary Injunction. (ECF No. 138.)

2.     Plaintiffs filed a notice of appeal to the Tenth Circuit on October 6, 2023. (ECF No. 140.)

3.     The Parties believe it is beneficial to stay the case and preserve the Court's resources pending Plaintiffs' appeal.  Neither Party will be prejudiced by the requested stay.

4.     The Parties thus jointly move this Court to enter a stay of all proceedings in this case, with the exception of the Court's ruling on Defendants' pending Motions to Dismiss.  (ECF Nos. 80 and 82.)  A district court has "broad discretion to stay proceedings" as incidental to its "power to control its own docket" – particularly where, as here, a stay would promote judicial economy and efficiency. *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997); *see also Crawford-El v. Britton*, 523 U.S. 574, 597-99 (1998).

5.     This request is made in the interests of justice and judicial economy and not for the purpose of delay. The Parties agree that the relief sought would be the most efficient way to handle the proceedings.

WHEREFORE, the Parties respectfully request that the Court enter an Order staying further proceedings in this matter pending resolution of Plaintiffs' appeal.

Dated this 7th day of November, 2023.          Respectfully submitted,

/s/ *Megan Lambert*
Megan Lambert
Oklahoma Bar Number: 33216
American Civil Liberties Union of
Oklahoma Foundation
P.O. Box 13327
Oklahoma City, OK 73113
(405) 524-8511
mlambert@acluok.org

*Counsel for Plaintiffs*

2

/s/ Zach West
GARRY M. GASKINS, II, OBA NO. 20212
*Solicitor General*
ZACH WEST, OBA NO. 30768
*Director of Special Litigation*
WILL FLANAGAN, OBA NO. 35110
*Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct: (405) 521-3921
Garry.Gaskins@oag.ok.gov
zach.west@oag.ok.gov
William.Flanagan@oag.ok.gov

*Counsel for Defendants 15-53*

/s/ *Craig Buchan*
J. Craig Buchan, OBA No. 19420
MCAFEE & TAFT
A Professional Corporation
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 587-0000
Facsimile: (918) 599-9317
craig.buchan@mcafeetaft.com

and

Ronald T. Shinn Jr., OBA No. 19569
Jennie Mook, OBA No. 34727
MCAFEE & TAFT
A Professional Corporation
Two Leadership Square, 8th Floor
211 N. Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ron.shinn@mcafeetaft.com
jennie.mook@mcafeetaft.com

*Counsel for Defendants 54 & 55*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2023, I electronically filed the foregoing Joint Notice of Agreement and Joint Motion to Stay District Court Proceedings with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

Respectfully submitted,

*/s/ Megan Lambert*
Megan Lambert
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
Tel.: 405-524-8511
mlambert@acluok.org

*Counsel for Plaintiffs*

4