FILED
United States Court of Appeals
Tenth Circuit

August 6, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

PETER POE, by and through his parents and next friends, Paula Poe and Patrick Poe; PAULA POE; PATRICK POE; DAPHNE DOE, by and through her guardian and next friend, Donna Doe; DONNA DOE; BRANDON BOE, by and through his parents and next friends, Bethany Boe and Benjamin Boe; BETHANY BOE; BENJAMIN BOE; LYDIA LOE, by and through her parent and next friend, Lauren Loe; LAUREN LOE; RYAN ROE, by and through his parents and next friends, Rachel Roe and Richard Roe; RACHEL ROE; RICHARD ROE,

 Plaintiffs - Appellants,

and

DR. SHAUNA LAWLIS, on behalf of her patients,

 Plaintiff,

v.

GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma; STEVEN KATSIS, M.D., in his official capacity as President of the Oklahoma State Board of Medical Licensure and Supervision; TREVOR NUTT, in his official capacity as Vice-President of the Oklahoma State Board of Medical Licensure and Supervision; CLAYTON BULLARD, in his official capacity as a member of the Oklahoma

No. 23-5110
(D.C. No. 4:23-CV-00177-JFH-SH)
(N.D. Okla.)

State Board of Medical Licensure and Supervision; SUSAN CHAMBERS, M.D., in her official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; LOUIS COX, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; MARK FIXLEY, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; JEREMY HALL, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; TIMOTHY HOLDER, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; ROBERT HOWARD, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; ROSS VANHOOSER, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; DON WILBER, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; KATHERINE O'DELL, D.N.P., R.N., in her official capacity as President of the Oklahoma Board of Nursing; KYLE LEEMASTER, M.B.A., R.N., in his official capacity as Vice-President of the Oklahoma Board of Nursing; SHAWN STACHOVIC, L.P.N., in her official capacity as Secretary of the Oklahoma Board of Nursing; SHELLY SWALLEY, M.S., R.N., in her official capacity as a member of the Oklahoma Board of Nursing; LINDSAY POTTS, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing; AMBER GARRETSON, APRN-CNS, C.C.R.N., in her official capacity as a

member of the Oklahoma Board of Nursing; NIKOLE HICKS, Ph.D., R.N., CNE, in her official capacity as a member of the Oklahoma Board of Nursing; CALLIE RINEHART, M.S.N., R.N., C.P.N., in her official capacity as a member of the Oklahoma Board of Nursing; SHASTON SALIE, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing; GEORGINA CALHOUN, in her official capacity as a member of the Oklahoma Board of Nursing; MARISA WRAPE, in her official capacity as a member of the Oklahoma Board of Nursing; BRET S. LANGERMAN, D.O., in his official capacity as President of the Oklahoma State Board of Osteopathic Examiners; CATHERINE C. TAYLOR, J.D., in her official capacity as Vice President of the Oklahoma State Board of Osteopathic Examiners; DUANE G. KOEHLER, D.O., in his official capacity as Secretary-Treasurer of the Oklahoma State Board of Osteopathic Examiners; KATIE LYNN TEMPLETON, J.D., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; LEROY E. YOUNG, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; DENNIS J. CARTER, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; C. MICHAEL OGLE, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; CHELSEY D. GILBERTSON, D.O., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; UNIVERSITY HOSPITALS AUTHORITY; UNIVERSITY HOSPITALS TRUST; RANDY

DOWELL, in his official capacity as Chief Executive Officer of the University Hospitals Authority and the University Hospitals Trust; G. RAINEY WILLIAMS, in his official capacity as Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; JIM EVEREST, in his official capacity as Vice-Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; ANTHONY F. KEATING, III, in his official capacity as Secretary of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; GARY E. RASKOB, in his official capacity as member of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; KEVIN CORBETT, in his official capacity as member of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; OU MEDICINE, INC., an Oklahoma not-for-profit corporation, d/b/a OU Health; RICHARD LOFGREN, Dr., in his official capacity as President and Chief Executive Officer of OU Health,

    Defendants - Appellees.

------------------------------

STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF

MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF NEW YORK; STATE OF RHODE ISLAND; COMMONWEALTH OF PENNSYLVANIA; STATE OF WASHINGTON; STATE OF VERMONT; BIOMEDICAL ETHICS AND PUBLIC HEALTH SCHOLARS; STONEWALL EQUALITY LIMITED; SWEDISH FOUNDATION FOR LESBIAN, GAY, BISEXUAL, TRANSGENDER, QUEER AND INTERSEX RIGHTS; RFSL UNGDOM; TRANSAMMANS; SETA RY / SETA LGBTIQ RIGHTS IN FINLAND; NORWEGIAN ORGANIZATION FOR SEXUAL AND GENDER DIVERSITY; AUSTRALIAN PROFESSIONAL ASSOCIATION FOR TRANS HEALTH; BUNDESVERBAND TRANS E.V.; FUNDACION COLECTIVO HOMBRES XX, AC; PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH AOTEAROA NEW ZEALAND; FEDERACION ESTATAL DE LESBIANAS, GAIS, TRANS, BISEXUALES, INTERSEXUALES Y MAIS; AMERICAN ACADEMY OF PEDIATRICS; ACADEMIC PEDIATRIC ASSOCIATION; AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY; AMERICAN ACADEMY OF FAMILY PHYSICIANS; AMERICAN ACADEMY OF NURSING; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., DBA GLMA: Health Professionals Advancing LGBT Equality; AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN

COLLEGE OF OSTEOPATHIC PEDIATRICIANS; AMERICAN COLLEGE OF PHYSICIANS; AMERICAN MEDICAL ASSOCIATION; AMERICAN PEDIATRIC SOCIETY; AMERICAN PSYCHIATRIC ASSOCIATION; ASSOCIATION OF MEDICAL SCHOOL PEDIATRIC DEPARTMENT CHAIRS, INC.; ENDOCRINE SOCIETY; NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS; PEDIATRIC ENDOCRINE SOCIETY; SOCIETIES FOR PEDIATRIC UROLOGY; SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE; SOCIETY FOR PEDIATRIC RESEARCH; SOCIETY OF PEDIATRIC NURSES; WORLD PROFESSIONAL ASSOCATION FOR TRANSGENDER HEALTH; GLBTQ LEGAL ADVOCATES & DEFENDERS; FREEDOM OKLAHOMA; PRISM PROJECT; NATIONAL CENTER FOR LESBIAN RIGHTS; KIM BANTA; SARAH DAVIS; JORDAN WILLOW EVANS; CHAD INGELS; ILEANA ROS-LEHTINEN; CHRIS SANDER; DAN ZWONITZER; ELLIOT PAGE; AZIZA AHMED; KHIARA M BRIDGES; DAVID S. COHEN; I. GLENN COHEN; CHARLENE GALARNEAU; JOANNA GROSSMAN; LISA C. IKEMOTO; MAYA MANIAN; MICHELLE OBERMAN; DARA PURVIS; RACHEL REBOUCH; JESSICA SILBEY; MICHAEL R. ULRICH; FAMILY RESEARCH COUNCIL; ALLIANCE DEFENDING FREEDOM; DO NO HARM; OKLAHOMA COUNCIL OF PUBLIC AFFAIRS; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF MISSOURI; STATE OF TENNESSEE; STATE OF ALASKA;

6

STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF LOUISIANA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF UTAH; STATE OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF IOWA,

    Amici Curiae.

_____

## JUDGMENT

_____

Before **HARTZ**, **PHILLIPS**, and **CARSON**, Circuit Judges.

_____

    This case originated in the Northern District of Oklahoma and was argued by counsel.

    The judgment of that court is affirmed.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk

# Mary Montgomery

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Wednesday, August 6, 2025 4:30 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 23-5110 Poe, et al v. Drummond, et al "Opinion judgment filed" (4:23-CV-00177-JFH-SH) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/06/2025 at 3:30:12 PM Mountain Daylight Time and filed on 08/06/2025

| | |
|---|---|
| **Case Name:** | Poe, et al v. Drummond, et al |
| **Case Number:** | [23-5110](#) |
| **Document(s):** | [Docket Entry #249](#) |

**Docket Text:**
[11203347] Judgment for opinion filed. [23-5110]

**Notice will be electronically mailed to:**

Dana Bach: dana.bach@morganlewis.com
Brian W. Barnes: bbarnes@cooperkirk.com, nsagara@cooperkirk.com, ebrainard@cooperkirk.com
Mr. Carmine D. Boccuzzi: cboccuzzi@cgsh.com, maofiling@cgsh.com
Ms. Kathleen Boergers: kathleen.boergers@doj.ca.gov
Alexander Barrett Bowdre: barrett.bowdre@alabamaag.gov, rene.whyard@alabamaag.gov
Mr. Charles C. Bridge: charles.bridge@wilmerhale.com, whdocketing@wilmerhale.com
Mr. Emily Brody-Bizar: emily.brody-bizar@wilmerhale.com
Honorable Nicholas J. Bronni: nicholas.bronni@arkansasag.gov, kellie.hudson@arkansasag.gov
Nathaniel Bruhn: nathaniel.bruhn@morganlewis.com
Mr. J. Craig Buchan: craig.buchan@mcafeetaft.com, kristin.kaul@mcafeetaft.com
Sasha Buchert: sbuchert@lambdalegal.org, mclanton@lambdalegal.org
Brian Burgess: BBurgess@goodwinlaw.com, brian-burgess-7934@ecf.pacerpro.com
Mr. John J. Bursch: jbursch@adflegal.org, ceville@adflegal.org
James A. Campbell: jcampbell@adflegal.org, ceville@adflegal.org

Mr. Louis Joseph Capozzi, III: louis.capozzi@ago.mo.gov, tammy.glenn@ago.mo.gov
Mr. Andrew Rhys Davies: andrew.davies@wilmerhale.com, whdocketing@wilmerhale.com
Ms. Sydney Duncan: sduncan@transequality.org, sbritto@transequality.org
Laura Joy Edelstein: ledelstein@jenner.com, docketing@jenner.com, 9287483420@filings.docketbird.com
Luis Felipe Escobedo: felipe.escobedo@morganlewis.com
Ms. Madeleine V. Findley: mfindley@jenner.com
William Patrick Flanagan: william.flanagan@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov
Mr. Garry Michael Gaskins, II: Garry.Gaskins@oag.ok.gov, gmg@drumlaw.com
Mr. Omar Gonzalez-Pagan: ogonzalez-pagan@lambdalegal.org, omar.gp@gmail.com, mhead@lambdalegal.org
Kathleen R. Hartnett: khartnett@cooley.com, mnarvaez@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com
Ryan Haynie: ryan@ocpathink.org
Zoe Helstrom, Attorney: zhelstrom@cooley.com, emartin@cooley.com
Jordan D. Hershman: jordan.hershman@morganlewis.com
Mr. Dylan L. Jacobs: dylan@kingstlegal.com, ecf@dylanjacobs.law, kellie.hudson@arkansasag.gov, autumn.patterson@arkansasag.gov
Remi Jaffre: rjaffre@jenner.com, docketing@jenner.com
Katelyn Kang: kkang@cooley.com, efilingnotice@cooley.com, efiling-notice@ecf.pacerpro.com
Ms. Megan Lambert: mlambert@acluok.org
Mr. Christopher Ernest Mills: cmills@spero.law
Ms. Anna Mizzi: anna.mizzi@wilmerhale.com
Mr. Peter A. Patterson: ppatterson@cooperkirk.com, hslugh@cooperkirk.com, johlendorf@cooperkirk.com, ktroilo@cooperkirk.com, gtaddei@cooperkirk.com, ccarroll@cooperkirk.com
Luke C. Platzer: lplatzer@jenner.com, docketing@jenner.com
Elizabeth Reinhardt: ereinhardt@cooley.com, nwhitner@cooley.com, efilingnotice@cooley.com, efiling-notice@ecf.pacerpro.com
Mr. Harper Samuel Seldin: hseldin@aclu.org, ccaicedo@aclu.org, sgarcia@aclu.org
Jocelyn Ann Sitton: jsitton@jenner.com, docketing@jenner.com
Chase Strangio: cstrangio@aclu.org, sgarcia@aclu.org, ccaicedo@aclu.org
Mr. David H. Thompson: dthompson@cooperkirk.com, ccarroll@cooperkirk.com, gtaddei@cooperkirk.com, hwells@cooperkirk.com, eabrajan@cooperkirk.com, ssnyder@cooperkirk.com
Ms. Julie Veroff: julie.veroff@doj.ca.gov
Jacob P Warner: JWarner@adflegal.org, ceville@adflegal.org, dneill@adflegal.org
Mrs. Audrey A. Weaver: audrey.weaver@gov.ok.gov, cristie.fisher@gov.ok.gov
Zachary Paul West: zach.west@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov

William Isasi: wisasi@cov.com (*daily summary*)
Cortlin Hall Lannin: clannin@cov.com (*daily summary*)
John Ramer: jramer@cooperkirk.com, ccarroll@cooperkirk.com (*daily summary*)
D. Jean Veta: jveta@cov.com (*daily summary*)

**Notice will not be electronically mailed to the following as the Court does not have a valid email**

address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:

Duy Nguyen
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 23-5110_Judgment.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/06/2025] [FileNumber=11203347-0]
[5afce6f8d61d9b2a4dbd6c64566f98bafde7835d83759fefa72c4ca9fc2493cdf13a0f6ff8754b4470ddb76895fdb85bd9af5ead30713629da2faf5b133f534d]]