UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

August 28, 2025

Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** 23-5110, Poe, et al v. Drummond, et al
Dist/Ag docket: 4:23-CV-00177-JFH-SH

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 6, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  Dana Bach
     Brian W. Barnes
     Carmine D. Boccuzzi
     Kathleen Boergers
     Alexander Barrett Bowdre
     Charles C. Bridge
     Emily Brody-Bizar
     Nicholas J. Bronni
     Nathaniel Bruhn
     J. Craig Buchan

Sasha Buchert
Brian Burgess
John J. Bursch
James A. Campbell
Louis Joseph Capozzi III
Andrew Rhys Davies
Sydney Duncan
Laura Joy Edelstein
Luis Felipe Escobedo
Madeleine V. Findley
William Patrick Flanagan
Garry Michael Gaskins II
Omar Gonzalez-Pagan
Kathleen R. Hartnett
Ryan Haynie
Zoe Helstrom
Jordan D. Hershman
William Isasi
Dylan L. Jacobs
Remi Jaffre
Katelyn Kang
Megan Lambert
Cortlin Hall Lannin
Christopher Ernest Mills
Anna Mizzi
Duy Nguyen
Peter A. Patterson
Luke C. Platzer
John Ramer
Elizabeth Reinhardt
Harper Samuel Seldin
Jocelyn Ann Sitton
Chase Strangio
David H. Thompson
Julie Veroff
D. Jean Veta
Jacob P Warner
Audrey A. Weaver
Zachary Paul West


CMW/djd

**Aimee Nance**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Thursday, August 28, 2025 7:49 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 23-5110 Poe, et al v. Drummond, et al "Mandate issued" (4:23-CV-00177-JFH-SH) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/28/2025 at 6:42:57 AM Mountain Daylight Time and filed on 08/28/2025

| | |
|---|---|
| **Case Name:** | Poe, et al v. Drummond, et al |
| **Case Number:** | 23-5110 |
| **Document(s):** | Docket Entry #251 |

**Docket Text:**
[11209320] Mandate issued. [23-5110]

**Notice will be electronically mailed to:**

Dana Bach: dana.bach@morganlewis.com
Brian W. Barnes: bbarnes@cooperkirk.com, nsagara@cooperkirk.com, ebrainard@cooperkirk.com
Mr. Carmine D. Boccuzzi: cboccuzzi@cgsh.com, maofiling@cgsh.com
Ms. Kathleen Boergers: kathleen.boergers@doj.ca.gov
Alexander Barrett Bowdre: barrett.bowdre@alabamaag.gov, rene.whyard@alabamaag.gov
Mr. Charles C. Bridge: charles.bridge@wilmerhale.com, whdocketing@wilmerhale.com
Mr. Emily Brody-Bizar: emily.brody-bizar@wilmerhale.com
Honorable Nicholas J. Bronni: nicholas.bronni@arkansasag.gov, kellie.hudson@arkansasag.gov
Nathaniel Bruhn: nathaniel.bruhn@morganlewis.com
Mr. J. Craig Buchan: craig.buchan@mcafeetaft.com, kristin.kaul@mcafeetaft.com
Sasha Buchert: sbuchert@lambdalegal.org, mclanton@lambdalegal.org
Brian Burgess: BBurgess@goodwinlaw.com, brian-burgess-7934@ecf.pacerpro.com
Mr. John J. Bursch: jbursch@adflegal.org, ceville@adflegal.org
Heidi D. Campbell, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
James A. Campbell: jcampbell@adflegal.org, ceville@adflegal.org

Mr. Louis Joseph Capozzi, III: louis.capozzi@ago.mo.gov, tammy.glenn@ago.mo.gov
Mr. Andrew Rhys Davies: andrew.davies@wilmerhale.com, whdocketing@wilmerhale.com
Ms. Sydney Duncan: sduncan@transequality.org, sbritto@transequality.org
Laura Joy Edelstein: ledelstein@jenner.com, docketing@jenner.com, 9287483420@filings.docketbird.com
Luis Felipe Escobedo: felipe.escobedo@morganlewis.com
Ms. Madeleine V. Findley: mfindley@jenner.com
William Patrick Flanagan: william.flanagan@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov
Mr. Garry Michael Gaskins, II: Garry.Gaskins@oag.ok.gov, gmg@drumlaw.com
Mr. Omar Gonzalez-Pagan: ogonzalez-pagan@lambdalegal.org, omar.gp@gmail.com, mhead@lambdalegal.org
Kathleen R. Hartnett: khartnett@cooley.com, mnarvaez@cooley.com, efiling-notice@ecf.pacerpro.com, efilingnotice@cooley.com
Ryan Haynie: ryan@ocpathink.org
Zoe Helstrom, Attorney: zhelstrom@cooley.com, emartin@cooley.com
Jordan D. Hershman: jordan.hershman@morganlewis.com
Mr. Dylan L. Jacobs: dylan@kingstlegal.com, ecf@dylanjacobs.law, kellie.hudson@arkansasag.gov, autumn.patterson@arkansasag.gov
Remi Jaffre: rjaffre@jenner.com, docketing@jenner.com
Katelyn Kang: kkang@cooley.com, efilingnotice@cooley.com, efiling-notice@ecf.pacerpro.com
Ms. Megan Lambert: mlambert@acluok.org
Mr. Christopher Ernest Mills: cmills@spero.law
Ms. Anna Mizzi: anna.mizzi@wilmerhale.com
Mr. Peter A. Patterson: ppatterson@cooperkirk.com, hslugh@cooperkirk.com, johlendorf@cooperkirk.com, ktroilo@cooperkirk.com, gtaddei@cooperkirk.com, ccarroll@cooperkirk.com
Luke C. Platzer: lplatzer@jenner.com, docketing@jenner.com
Elizabeth Reinhardt: ereinhardt@cooley.com, nwhitner@cooley.com, efilingnotice@cooley.com, efiling-notice@ecf.pacerpro.com
Mr. Harper Samuel Seldin: hseldin@aclu.org, ccaicedo@aclu.org, sgarcia@aclu.org
Jocelyn Ann Sitton: jsitton@jenner.com, docketing@jenner.com
Chase Strangio: cstrangio@aclu.org, sgarcia@aclu.org, ccaicedo@aclu.org
Mr. David H. Thompson: dthompson@cooperkirk.com, ccarroll@cooperkirk.com, gtaddei@cooperkirk.com, hwells@cooperkirk.com, eabrajan@cooperkirk.com, ssnyder@cooperkirk.com
Ms. Julie Veroff: julie.veroff@doj.ca.gov
Jacob P Warner: JWarner@adflegal.org, ceville@adflegal.org, dneill@adflegal.org
Mrs. Audrey A. Weaver: audrey.weaver@gov.ok.gov, cristie.fisher@gov.ok.gov
Zachary Paul West: zach.west@oag.ok.gov, maranda.spears@oag.ok.gov, docket@oag.ok.gov

William Isasi: wisasi@cov.com (*daily summary*)
Cortlin Hall Lannin: clannin@cov.com (*daily summary*)
John Ramer: jramer@cooperkirk.com, ccarroll@cooperkirk.com (*daily summary*)
D. Jean Veta: jveta@cov.com (*daily summary*)

**Notice will not be electronically mailed to the following as the Court does not have a valid email**

**address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Duy Nguyen
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate letter - Opinion
**Original Filename:** /opt/ACECF/live/forms/235110_11209320_147.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/28/2025] [FileNumber=11209320-0]
[12333cb8abdf989a0ee1607731b60f433da135d15a73c50596ea6534980e626ee6af8dc3eb966d25edc6c238a43f46b1eecaaa5bd9903f310f58fae3c753ccef]]
**Recipients:**

- Dana Bach
- Brian W. Barnes
- Mr. Carmine D. Boccuzzi
- Ms. Kathleen Boergers
- Alexander Barrett Bowdre
- Mr. Charles C. Bridge
- Mr. Emily Brody-Bizar
- Honorable Nicholas J. Bronni
- Nathaniel Bruhn
- Mr. J. Craig Buchan
- Sasha Buchert
- Brian Burgess
- Mr. John J. Bursch
- Heidi D. Campbell, Clerk of Court (oclk)
- James A. Campbell
- Mr. Louis Joseph Capozzi, III
- Mr. Andrew Rhys Davies
- Ms. Sydney Duncan
- Laura Joy Edelstein
- Luis Felipe Escobedo
- Ms. Madeleine V. Findley
- William Patrick Flanagan
- Mr. Garry Michael Gaskins, II
- Mr. Omar Gonzalez-Pagan
- Kathleen R. Hartnett
- Ryan Haynie
- Zoe Helstrom, Attorney
- Jordan D. Hershman
- William Isasi
- Mr. Dylan L. Jacobs

- [Remi Jaffre](#)
- [Katelyn Kang](#)
- [Ms. Megan Lambert](#)
- [Cortlin Hall Lannin](#)
- [Mr. Christopher Ernest Mills](#)
- [Ms. Anna Mizzi](#)
- [Duy Nguyen](#)
- [Mr. Peter A. Patterson](#)
- [Luke C. Platzer](#)
- [John Ramer](#)
- [Elizabeth Reinhardt](#)
- [Mr. Harper Samuel Seldin](#)
- [Jocelyn Ann Sitton](#)
- [Chase Strangio](#)
- [Mr. David H. Thompson](#)
- [Ms. Julie Veroff](#)
- [D. Jean Veta](#)
- [Jacob P Warner](#)
- [Mrs. Audrey A. Weaver](#)
- [Zachary Paul West](#)